

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:12CR582** |
| v. | ) | CASE NO. _____ |
| | ) | Title 21, United States Code, |
| | ) | Sections 846, 841(a)(1), (b)(1)(A), |
| RAYSHAWN REED, | ) | (b)(1)(B) and (b)(1)(C), and 843(b), |
| aka "Ray," aka "Racey," | ) | and Title 18, United States Code, |
| SHERORD MILLER, | ) | Sections 1956(h) and 922(g)(1) |
| aka "Rod," | ) | |
| JAMARCE MILLER, | ) | |
| aka, "Jamie," | ) | |
| AMANDA LOVING, | ) | **JUDGE PEARSON** |
| ISAAC HAWKINS, | ) | |
| LOUIS SNYDER, | ) | |
| JAMES ROBINSON, | ) | |
| aka, "Marell Holley," | ) | |
| TRICIA LEWIS, | ) | |
| JOEY SCHMEISSER, | ) | |
| KEVIN FRIDRICH, | ) | |
| REGINALD BRYANT, | ) | |
| aka "Reg," | ) | |
| SHAUNCI OSBORNE, and | ) | |
| LAKETHA HARRIS, | ) | |
| aka "Jay" | ) | |
| | ) | |
| Defendants. | ) | |

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 2 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   2 of 55.   PageID #: 2

2

COUNT 1

The Grand Jury charges:

Beginning at least as early as March, 2012, and continuing through at least August 15, 2012, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, RAYSHAWN REED, aka "Ray," aka "Racey," SHERORD MILLER, aka "Rod," JAMARCE MILLER, aka "Jamie," AMANDA LOVING, ISAAC HAWKINS, LOUIS SNYDER, JAMES ROBINSON, aka "Marell Holley," TRICIA LEWIS, JOEY SCHMEISSER, KEVIN FRIDRICH, REGINALD BRYANT, aka "Reg," SHAUNCI OSBORNE, and LAKETHA HARRIS, aka "Jay," the defendants herein, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

MANNER AND MEANS OF THE CONSPIRACY

It was the object of the conspiracy and the goal of the co-conspirators to sell and distribute heroin in and around the Ashtabula, Ohio area. In furtherance of that goal, RAYSHAWN REED would purchase kilogram quantities of heroin from one or more sources of supply, to include a heroin supplier doing business in the Chicago, Illinois, area. In purchasing the heroin, RAYSHAWN REED would use his own funds and at times would pool his funds with monies provided by SHERORD MILLER. After purchasing the heroin, RAYSHAWN REED would transport the heroin to the Northern District of Ohio, Eastern Division, and distribute the heroin to residents of Ashtabula, Ohio, to include SHERORD MILLER and JAMARCE MILLER, knowing that SHERORD MILLER and JAMARCE MILLER intended to redistribute the heroin to other co-conspirators and to heroin users. After obtaining quantities of heroin from RAYSHAWN REED, SHERORD MILLER and JAMARCE MILLER did in fact resell the heroin to other co-conspirators in the Ashtabula, Ohio, area. Those co-conspirators

Case 5:23-cm-50001-TC  Document 1-2  Filed 01/12/23  Page 3 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  3 of 55.  PageID #: 3

3

included AMANDA LOVING, ISAAC HAWKINS, LOUIS SNYDER, JAMES ROBINSON, TRICIA LEWIS, JOEY SCHMEISSER, and KEVIN FRIDRICH.  Those co-conspirators then resold or redistributed the heroin to their own customers and to heroin users in and around the Ashtabula, Ohio, area.  SHERORD MILLER also from time-to-time distributed quantities of heroin to JAMARCE MILLER.

It was a further part of the conspiracy that during periods of time when SHERORD MILLER was unable to obtain heroin from RAYSHAWN REED, SHERORD MILLER did arrange for quantities of heroin to be purchased from REGINALD BRYANT.  On various occasions in July, 2012, and at various locations within Northeast Ohio, SHERORD MILLER did meet with REGINALD BRYANT, or did arrange for SHAUNCI OSBORNE to meet with REGINALD BRYANT, and did obtain from REGINALD BRYANT quantities of heroin ranging from approximately 23 grams to approximately 100 grams.  It was a further part of the conspiracy that SHERORD MILLER did redistribute portions of the heroin obtained from REGINALD BRYANT to JAMARCE MILLER.

It was further part of the conspiracy that from approximately July 9, 2012, to approximately July 26, 2012, SHERORD MILLER did arrange for LAKETHA HARRIS to store SHERORD MILLER's heroin at LAKETHA HARRIS's residence, and to sell and distribute heroin to SHERORD MILLER's customers on SHERORD MILLER's behalf.

It was a further part of the conspiracy that SHERORD MILLER, with the assistance of SHAUNCI OSBORNE, did cause proceeds from the sale of heroin to be deposited and maintained in a safe deposit box opened by SHAUNCI OSBORNE at the First Merit Bank, 888 Lake Avenue, Ashtabula, Ohio.  It was a further part of the conspiracy that SHERORD MILLER and SHAUNCI OSBORNE did cause monies to be withdrawn from the safe deposit box and applied towards the purchase of a residence which was then used by SHERORD MILLER to sell heroin to SHERORD MILLER's customers and to otherwise conduct drug trafficking activity.

It was a further part of the conspiracy that the co-conspirators would conduct drug trafficking activity by using telephonic devices to make and receive telephone calls and to send

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 4 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   4 of 55.   PageID #: 4

4

and receive text or other electronic messages.  To reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device, co-conspirators would often use cellular telephones that had been obtained in the names of other persons or in fictitious names. It was a further part of the conspiracy that the co-conspirators would, when using cellular phones or text messaging to conduct drug trafficking activity, use slang terms, street terminology, or code words or phrases to obscure and to disguise the true nature of their activities and the true meaning of their conversations.

OVERT ACTS

In furtherance of the conspiracy and to effect the objectives thereof, the defendants and their co-conspirators performed the following overt acts:

1. On March 28, 2012, at a residence on West 36th Street, Ashtabula, Ohio, JAMARCE MILLER did distribute one-half gram of heroin to a person whose identity is known to the Grand Jury.

2. On May 22, 2012, at a residence on West 47th Street, Ashtabula, Ohio, AMANDA LOVING did obtain a quantity of heroin from SHERORD MILLER, and did later provide some or all of such heroin to another person.

3. On May 23, 2012, at a residence on West 47th Street, Ashtabula, Ohio, SHERORD MILLER did distribute 1.5 grams of heroin to a person whose identity is known to the Grand Jury.

4. On May 27, 2012, at approximately 6:16 p.m., SHERORD MILLER sent a text message to ISAAC HAWKINS, which read, "You gave me 590 I wasn't suppose to give you no 15 back holla on next one".

5. On May 28, 2012, at approximately 10:43 a.m., SHERORD MILLER sent a text message to LOUIS SNYDER, which read: "It's back right I got the good good (good quality heroin)".

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 5 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   5 of 55.   PageID #: 5

5

6.     On June 5, 2012, at a residence on West 47th Street, Ashtabula, Ohio, SHERORD

MILLER did distribute 5.9 grams of heroin to a person whose identity is known to the

Grand Jury.

7.     On June 20, 2012, at approximately 5:47 p.m., SHERORD MILLER called JAMARCE

MILLER on the telephone. During the call, SHERORD MILLER stated, "I got like 11

(11 grams of heroin) left. I ain't bone dry, but s**t I usually grab when I got, when I'm

down to that." JAMARCE MILLER replied, "Yeah, I got like three (three grams of

heroin) left." SHERORD MILLER then asked, "You said three?" JAMARCE MILLER

answered, "Yeah." SHERORD MILLER then replied, "We both gonna need him. I got

11. S**t. I usually go on ahead and put my call in when I get under, when I get in the

teens."

8.     On June 21, 2012, from approximately 10:26 a.m. to approximately 10:33 a.m.,

SHERORD MILLER exchanged a series of text messages with JAMES ROBINSON.

During the exchange, MILLER stated, "All bad". ROBINSON replied, "Not even 1 (one

gram of heroin) to get half way by 2day," and then asked, "Even Jammie (JAMARCE

MILLER) to?" MILLER replied, "You seen what was left last night". ROBINSON

responded, "F***k!" MILLER replied, "Yup I'm over here now and he got the long face

to all he got is a 50 pack left". ROBINSON then asked, "Ask him can I hold that! I kwn

he laughing. Bt I need it more then he do cum on? Now I got the laught face toooooot".

9.     On June 21, 2012, at approximately 1:32 p.m., SHERORD MILLER received a telephone

call from RAYSHAWN REED. During the call, REED asked, "Are you alright?"

MILLER responded, "No." REED stated, "Alright, I'm on my way up there." MILLER

replied, "I'm about to pull into Richmond Mall, I was bored, man. I'm like, s**t, I'm,

you know, sit around and not make no money, might as well go get fresh, man." REED

then asked, "You, uh, you gonna be ready next week? Early next week?" MILLER

replied, "Yeah. For sure. For sure. I been ready. You know, I'm up now."

Case 5:23-cm-50001-TC Document 1-2 Filed 01/12/23 Page 6 of 55
Case: 1:12-cr-00582-BYP Doc #: 1 Filed: 12/20/12 6 of 55. PageID #: 6

6

10.     On June 21, 2012, at approximately 1:44 p.m., SHERORD MILLER received a telephone call from JAMARCE MILLER. During the call, JAMARCE MILLER asked, "S**t, you ain't heard nothing, yet?" SHERORD MILLER replied, "Yeah, he (RAYSHAWN REED) just called me." JAMARCE MILLER asked, "What he talking about?" JAMARCE MILLER then asked, "Oh so he here?" SHERORD MILLER replied, "No, he up here. He said he up in the land (Cleveland), but he on his way back. There's about to be some."

11.     On June 22, 2012, from approximately 10:40 a.m. to approximately 10:46 a.m., SHERORD MILLER exchanged a series of text messages with LOUIS SNYDER. During the exchange, SNYDER stated, "Heading over in fifteen min". MILLER replied, "Ok", and then stated, "Listen park at subway and walk lou please". SNYDER replied, "K" and then stated, "3 (3 grams of heroin)".

12.     On June 22, 2012, at approximately 6:00 p.m., SHERORD MILLER received a telephone call from LOUIS SNYDER. During the call, SNYDER asked, "You mind if I stop over?" MILLER replied, "What you talking about, four (four grams of heroin)?" SNYDER replied, "More than that. I don't know for sure but it's gonna be more than that." MILLER responded, "Uh yeah, yeah, alright." SNYDER then asked, "Pull up next door or not?" MILLER replied, "No, no, subway thing."

13.     On June 22, 2012, from approximately 7:01 p.m. to approximately 7:08 p.m., SHERORD MILLER exchanged a series of text messages with TRICIA LEWIS. LEWIS stated, "im a need u in a few". LEWIS then asked, "now can she swing by?" MILLER responded, "My phone died but yeah she can come buy many?" LEWIS replied, "2 (two grams of heroin)".

14.     On June 22, 2012, at approximately 7:37 p.m., SHERORD MILLER received a text message from RAYSHAWN REED. REED stated, "dont tell anyone not even my brother-n-law what you get it for that's bad for business". At approximately 7:43 p.m., MILLER called REED on the telephone, and said, "I ain't talked to him." REED replied,

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 7 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   7 of 55.   PageID #: 7

7

"He said you told him the price." MILLER responded, "I ain't, I ain't talked to him in like two months." REED asked, "What?" MILLER responded, "I ain't talked to him in like two months, you hear me?" REED later stated, "I'm gonna find out who told him some s**t like that." At approximately 8:04 p.m., MILLER sent a text message to REED, which stated, "Buy the way need to see ya". REED replied, "For real"? MILLER answered, "Yeah," and REED responded, "Ok".

15. On June 22, 2012, from approximately 8:30 p.m. to approximately 9:09 p.m., SHERORD MILLER exchanged a series of text messages with JAMES ROBINSON. During the exchange, ROBINSON asked, "Cum see u be4 nite!?" MILLER replied, "Yeah give me 15 minutes" and then stated, "Bra first thing in da morning man been to much going on over here I got a neighbor trippen". ROBINSON replied, "There no way I can walk ad get atleast 1 (one gram of heroin)"? MILLER responded, "Holla at Jamie (JAMARCE MILLER) bra I'm telling you my neighbor trippen". At approximately 9:09 p.m., ROBINSON replied, "Yep! Kool! He charges the same thing?"

16. On June 23, 2012, at approximately 11:12 a.m., SHERORD MILLER called JAMARCE MILLER on the telephone. During the call, SHERORD MILLER asked, "What's going on?" JAMARCE MILLER replied, "S**t, waiting on Ray (RAYSHAWN REED) to drop this fresh pack off, then probably get me a couple dollars and go get me a (unintelligible). SHERORD MILLER stated, "Right. I sent Marell (JAMES ROBINSON) over there to you last night." SHERORD MILLER continued, "S**t, you could hit him for the 170 ($170 per gram of heroin). That's what I hit him for." SHERORD MILLER then stated, "I said you could'a hit him 170." JAMARCE MILLER responded, "Nah, I had shut the store down though, yesterday. There was too many g*****n police, and detectives and s**t rolling for me." Later in the conversation, SHERORD MILLER said, "Let me go one more time, though, I just wanna go one more. One more. I'm tryna put this quarter horse (quarter kilogram of heroin) in. I do that quarter horse, man, I'm crackin' 43 ($43,000), 42 ($42,000) off the quarter. I'm like,

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 8 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   8 of 55.   PageID #: 8

8

s**t, that's about 16, 17. I'm saying about, I be getting a half (half kilogram of heroin), two weeks that'll be gone, you know what I'm saying?"

17.   On June 24, 2012, from approximately 9:09 a.m. to approximately 11:10 a.m., AMANDA LOVING sent a series of text messages to SHERORD MILLER. LOVING asked, "U good yet?" At approximately 10:21 a.m., LOVING then stated, "Oh u aint talkn 2 me cuz u think im a snitch bull s**t i just went threw a wire check n if any of u other m**********s wanna search me go ahead it?" At approximately 11:10 a.m., LOVING stated, "Well i aint playn this game. I been coming 2 u along time now aint never had a problem."

18.   On June 25, 2012, at approximately 12:48 p.m., SHERORD MILLER sent a text message to RAYSHAWN REED, which stated, "Need you boss".

19.   On June 25, 2012, at approximately 4:59 p.m., SHERORD MILLER received a text message from RAYSHAWN REED, which stated, "just came home be at you shortly". MILLER responded, "Yup".

20.   On June 25, 2012, at approximately 5:15 p.m., SHERORD MILLER sent a text message to SHAUNCI OSBORNE, which stated, "We on the way back if ray (RAYSHAWN REED) beat me to the house give him the in my pants all 7 that's if he beat us". OSBORNE replied, "Okayy will doo everything in ya pckets". MILLER responded, "Yup".

21.   On June 25, 2012, from approximately 7:24 p.m. to approximately 7:36 p.m., SHERORD MILLER exchanged a series of text messages with JOEY SCHMEISSER. MILLER asked, "What you look like you need or you good?" SCHMEISSER replied, "4 (four grams of heroin)". MILLER responded, "Yup". SCHMEISSER then replied, "?", and MILLER asked, "You say you need 4 right?" SCHMEISSER answered, "Yup", and MILLER replied, "I got you". SCHMEISSER responded, "Let me know bout to jump on the e way". MILLER replied, "I said I got you", and SCHMEISSER stated, "Coming".

Case 5:23-cm-50001-TC  Document 1-2  Filed 01/12/23  Page 9 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  9 of 55.  PageID #: 9

9

22.  On June 26, 2012, at approximately 3:16 p.m., SHERORD MILLER received a phone call from KEVIN FRIDRICH. During the call, FRIDRICH asked, "Can I come through after work?" MILLER responded, "S\*\*t, ain't work over with right now?" FRIDRICH stated, "I got to go to my house and my ride picking me up here so it will be right around quarter 'til four." MILLER then asked, "Alright, well, s\*\*t, how many do you need?" FRIDRICH replied, "Uh, probably like five (five grams)." MILLER stated, "Alright."

23.  On June 26, 2012, at approximately 5:15 p.m., SHERORD MILLER called SHAUNCI OSBORNE on the telephone. During the call, MILLER asked, "They come by?" OSBORNE replied, "Yeah." MILLER then said, "Alright. What he get? He get 'em both? He got the five?" OSBORNE replied, "Yeah," and MILLER stated, "Alright."

24.  On June 27, 2012, at approximately 10:36 a.m., SHERORD MILLER received a telephone call from LOUIS SNYDER. During the call, SNYDER asked, "Did I happen to leave an extra 20 there by accident?" MILLER replied, "You gave me 340 ($340.00). I counted it." SNYDER stated, "Alright." MILLER repeated, "You gave me 340. I counted it."

25.  On June 29, 2012, at approximately 11:28 a.m., SHERORD MILLER called RAYSHAWN REED on the telephone. During the call, MILLER said, "S\*\*t, I was just letting you know, you know, pick that up." REED then stated, "Right, I've been calling my n\*\*\*a, right, uh, his dude called me back and tell me he was going to have him call and that he had his phone, and he ain't hit me back yet, man. I'm down to the gritty, all I got is 18 left." MILLER replied, "18 grizzles (18 grams of heroin)?" REED replied, "Yeah, that ain't gonna walk a  n\*\*\*a nowhere." REED continued, "You can grab that, you know what I'm saying, but after that I'm waiting on this n\*\*\*a's call." MILLER replied, "Right, well, s\*\*t, let me get that, man, I'll come over, I'll walk on over there." REED later stated, "Well, uh, alright, I'm about to go pick that up, you know what I'm saying, and go over Jamie's (JAMARCE MILLER's) house, alright?"

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 10 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   10 of 55.  PageID #: 10

10

26.     On June 29, 2012, from approximately 11:32 a.m. to approximately 12:42 p.m.,

SHERORD MILLER exchanged a series of text messages with KEVIN FRIDRICH.

During the exchange, MILLER stated, "This is it he told me all he got is 18 Grammies

(18 grams of heroin) left it's due or die time lol." At approximately 12:22 p.m.,

FRIDRICH replied, "All right hold on to none for me ill be there after work". MILLER

then asked, "You said hold on to none for you?" At approximately 12:28 p.m.,

FRIDRICH replied, "No I want like 8 to 10 (8 to 10 grams of heroin) after I cash my

check he ain't gonna reeup either". FRIDRICH later stated, "U got that on u right?" At

approximately 12:35 p.m., FRIDRICH stated, "Well let me know I know I'm gonna have

bout 1500 after work and I'm comin to c u so be home around 4". MILLER replied, "I

got you trust me I'm just letting you know it's bout to be bad for a minute". FRIDRICH

responded, "Dam alright well hold on to like 8 to ten for me".

27.     On June 29, 2012, from approximately 11:53 a.m. to 1:12 p.m., SHERORD MILLER

exchanged a series of text messages with ISAAC HAWKINS. During the exchange,

MILLER stated, "Boss man called me say it's over somebody grabbed the last 18

Grammie awards (18 grams of heroin) he had left so IRS crunch time".  Approximately

one hour later, HAWKINS replied, "Confused come holla?" MILLER replied, "Come

on".  At approximately 1:12 p.m., MILLER responded, "Let's roll".

28.     On June 30, 2012, at approximately 11:46 a.m., SHERORD MILLER received a

telephone call from RAYSHAWN REED.  During the call, REED asked, "Hey, what you

gonna send down, cause I'm getting my money together right now."  MILLER asked,

"You getting it ready right now?" REED replied, "Yeah, you know, the bank's gonna be

closed tomorrow." MILLER replied, "Right, right, right, tomorrow Sunday.  When you

talking about leaving?" REED responded, "I'm leaving early Monday morning."

MILLER replied, "Ok, ok, I probably, either 15 ($15,000) or 20 ($20,000)."

29.     On June 30, 2012, from approximately 6:12 p.m. to approximately 9:44 p.m., SHERORD

MILLER exchanged a series of text messages with AMANDA LOVING.  During the

Case 5:23-cm-50001-TC    Document 1-2    Filed 01/12/23    Page 11 of 55
Case: 1:12-cr-00582-BYP    Doc #: 1    Filed: 12/20/12    11 of 55.    PageID #: 11

11

exchange, LOVING stated, "Hey cn I cum by nd a g (one gram of heroin)"?  At approximately 8:52 p.m., MILLER replied, "Ewwww lol yeah ain't much of the tan left 200 ($200.00 per gram) ain't really that bad if ain't nothing better around".  LOVING responded, "Nothing arnd period." LOVING later stated, "Watcha mean ill giv u 200 4 it". LOVING then stated, "I need it n0w i already made the plan". MILLER replied, "Oh ok I thought you said you ain't well I gotta call him first."  LOVING responded, "I say it's the only time cuz i got her money." LOVING  then stated, "Make sur it weigh". MILLER replied, "I'm going to grab it now call you when I'm on my way home try to meet me at home asap are you driving yo car?" At approximately 9:44 p.m., LOVING replied, "N0 i walk frm lil ceasars".

30.    On June 30, 2012, from approximately 6:35 p.m. to approximately 6:47 p.m., SHERORD MILLER exchanged a series of text messages with ISAAC HAWKINS.  During the exchange, MILLER asked, "You still got action I can send one to you?" HAWKINS replied, "Naw".  MILLER then stated, "Ewww well you better come get slick it's down to the last good brother".  HAWKINS replied, "Ight", and MILLER replied, "I'm dead serious bra". HAWKINS then asked, "How many movies left?"  MILLER replied, "I think I got like a zip a rochy (one ounce of heroin) left", and then stated, "But that ain't gonna last til wensday so you better slow roll it". MILLER then stated, "So to the hightest bidder". HAWKINS replied, "F**k that 1st cuzz 1st serve! Ha kno I love drinkn milk so save most the sip (zip,or ounce):)..u cow". MILLER replied, "Yeah I got .32 (32 grams) left but you know my cuz Jamie (JAMARCE MILLER) need me to".

31.    On June 30, 2012, at approximately 7:00 p.m., SHERORD MILLER received a telephone call from JAMES ROBINSON.  During the call, ROBINSON asked, "You on your way to the house?"  MILLER replied, "I'm here, now." ROBINSON then stated, "Oh, hey, man, I was telling my people 'cause I didn't know how long you, I was telling them they gonna have to wait 'til later."  MILLER responded, "Ok, ok, don't, s**t, don't worry

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 12 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   12 of 55.   PageID #: 12

12

about it." ROBINSON later stated, "I'm going to take it, just making sure you were home, you know what I'm saying?"

32.    On July 2, 2012, at approximately 9:30 a.m., SHERORD MILLER called JAMARCE MILLER on the telephone. During the call, SHERORD MILLER said, "Ol' cuz (RAYSHAWN REED) called me to uh, you know, come through, bring a little (U/I) over there, right?" SHERORD MILLER continued, "Man, I walk in that m**********r cuz, sh*t, cuz (RAYSHAWN REED) had about 200 ($200,000) on the floor." SHERORD MILLER then stated, "Man, I ain't never seen that much m***********g money, man, in my life!" SHERORD MILLER stated, "I seen Burner with like 110, but that wasn't all his, you know what I'm saying? He had to give that to his (U/I), but, man, I seen it. This was sitting here in the flesh. I was like d**n, this n***a!" SHERORD MILLER continued, "You know, that's just, that's just what he about to go spend. I ain't, you know, I'm pretty sure he got another duffel bag." SHERORD MILLER later stated, "You can only hold 40 ($40,000) in your hands. He got 'em in 10 band ($10,000) packs." Later in the conversation, JAMARCE MILLER stated, "That whole quake (quarter ounce) I got from you, I slugged (sold) for 250 a grizzle (gram). All day long, 250, all day."

33.    On July 2, 2012, at approximately 11:17 a.m., SHERORD MILLER called RAYSHAWN REED on the telephone. During the call, MILLER asked, "Hey, is this (unintelligible) pack 11 ($11,000)?" REED replied, "No, uh, no, that's 10 ($10,000), what did I just, what I just give you?" MILLER replied, "You only gave me 14 ($14,000)." REED replied, "Oh, oh yeah, I got one right here. Ok. My bad." MILLER responded, "Alright." REED said, "I'll swing that back to you."

34.    On July 2, 2012, at approximately 11:34 a.m., SHERORD MILLER sent a text message to SHAUNCI OSBORNE, which stated, "Damn bay ray (RAYSHAWN REED) just brout my money back talking bout not til after the 4th ewww:)." At approximately 11:50 a.m., OSBORNE replied, "Your kidding !??!?"

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 13 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   13 of 55.   PageID #: 13

13

35.    On July 2, 2012, at approximately 11:43 a.m., SHERORD MILLER called JAMARCE

MILLER on the telephone. During the call, MILLER asked, "S**t, you holler at cuz?"

JAMARCE MILLER replied, "Who?," and SHERORD MILLER said, "Racey

(RAYSHAWN REED)." JAMARCE MILLER then asked, "About what?" SHERORD

MILLER replied, "Oh, he just came back and brought me my ends (money)."

JAMARCE MILLER then asked, "What'd he say?" SHERORD MILLER replied,

"Talking about another couple days." JAMARCE MILLER asked, "S**t, what we gonna

do?" SHERORD MILLER responded, "Man, what we gonna do? My n***a Reg

(REGINALD BRYANT) been calling me to let, for a couple days, too. Bugging the

f**k out of me." JAMARCE MILLER then asked, "What he talking about?"

SHERORD MILLER stated, "I don't know, I'm a call him here in a minute."

36.    On July 2, 2012, at approximately 12:01 p.m., SHERORD MILLER sent a text message

to REGINALD BRYANT, which stated, "You need to come see me cuz today bring at

least one for me". At approximately 12:02 p.m., MILLER called BRYANT on the

telephone. During the call, BRYANT stated, "That sounds cool, but, you mean one little

one?" MILLER responded, "I mean at least an Oscar (ounce). A fat Oscar De La Hoya,

you know what I'm saying?" MILLER then asked, "What's the tic (price)?" BRYANT

responded, "180," but then stated, "80 ($80 per gram)." MILLER replied, "Oh, oh, all the

way up?" BRYANT replied, "Yeah, I mean, I ain't even, uh, that's all I have right now

but I was gonna keep a little Michael Vick (7 grams) or something." MILLER

responded, "And $80 for the rest of them, all the way up?" BRYANT replied, "Yep."

MILLER asked, "Chunk though, right?" BRYANT responded, "Fo sho, cuz," and then

stated, "this ain't, I mean, n***a, you can put, this can stand." MILLER responded,

"Right, right, right, cause we been getting that s**t straight out where Michael Jordan

(Chicago), Louis Vitton stamp still on the b***h." BRYANT then asked, "How far do

you stay from the freeway, like?" MILLER replied, "Cuz, s**t, I'll meet you no sooner

than you get off. Me and my cousin (JAMARCE MILLER), we both, we both dead bone

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 14 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   14 of 55.   PageID #: 14

14

dry, so when I tell him you on your way he gonna be happy, so we gonna meet you no sooner than you get off the freeway just call me and let me know."

37.     On July 2, 2012, at approximately 12:33 p.m., SHERORD MILLER called REGINALD BRYANT on the telephone. During the call, MILLER stated, ". . . it's the one out in Madison." BRYANT replied, "It's the big one or something. The Super Walmart." MILLER responded, "Yeah, it ain't bigger than ours, though. When you said ours, I got happier than a m**********r. I'm like, hell yeah. S**t, I could meet you there, though." BRYANT stated, "S**t, I could be leaving in the next ten (minutes)." MILLER replied, "Go ahead. Go ahead and leave, cuz."

38.     On July 2, 2012, at approximately 1:46 p.m., JAMARCE MILLER did for the purpose of facilitating the distribution of heroin drive SHERORD MILLER to the Walmart store in Madison, Ohio.

39.     On July 2, 2012, from approximately 1:48 p.m. to approximately 2:03 p.m., SHERORD MILLER did meet with REGINALD BRYANT inside the Walmart store in Madison, Ohio and did obtain heroin from BRYANT.

40.     On July 2, 2012, from approximately 2:38 p.m. to approximately 2:51 p.m., SHERORD MILLER exchanged a series of text messages with ISAAC HAWKINS. During the exchange, MILLER stated, "Cuz I fot 5 (five grams)for you at 150". HAWKINS responded, "? Same ish?" MILLER replied, "Close something for us to get buy I just grabbed a zip (one ounce of heroin) from my homie up the way". HAWKINS responded, "Un momento".

41.     On July 2, 2012, at approximately 2:43 p.m., SHERORD MILLER called JOEY SCHMEISSER on the telephone. During the call, MILLER stated, "Man, I just ran up to the city and grabbed a little something. Man, he had a little bit. You still need me, or you straight?" SCHMEISSER replied, "No, I do." MILLER then stated, "Well, I ain't got that much, though, you know, so I didn't know what it was, so me and Jamie (JAMARCE MILLER) just went half on one of those ziperachis (zip, or one ounce of

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 15 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   15 of 55.   PageID #: 15

15

heroin). You know what I'm saying?" SCHMEISSER asked, "It ain't the same?"

MILLER replied, "No, it ain't the same, but it ain't bad, though." MILLER later stated,

"Yeah, I mean buck fifty ($150), you know what I'm saying, that ain't bad. And its slick.

You know what I'm saying? SCHMEISSER replied, "Two (unintelligible)?" MILLER

responded, "Alright, I can do two (2 grams), that's cool." SCHMEISSER replied, "I'm

leaving from State Road." MILLER stated, "Alright."

42.    On July 2, 2012, at approximately 3:05 p.m., SHERORD MILLER sent a text message to

REGINALD BRYANT, which stated, "Dat shot gone already see what you can do for

me".

43.    On July 3, 2012, at approximately 8:49 a.m., SHERORD MILLER received a telephone

call from REGINALD BRYANT. During the call, MILLER stated, "He (RAYSHAWN

REED) talking about a week or two. Yeah, I talked to him last night." BRYANT

replied, "So what you gonna do, you gonna shoot or dribble? Can't sit around and wait

on nobody." MILLER replied, "Oh, no. Right when he brought the money back, my

brain started working. I still have some on the tuck though. I still have like four baggies

on the tuck, of the drup. Man, you gotta let me know what we about to do, cuz, I got

these kids." BRYANT replied, "Yeah, I mean, you tell me." MILLER responded,

"Same thing as yesterday. If it ain't broke, don't fix it."

44.    On July 3, 2012, at approximately 9:04 a.m., SHERORD MILLER sent a text message to

REGINALD BRYANT, which stated, "Alright so 20 (20 grams) an ten (10 grams) man

let's try to handle this asap". BRYANT replied, "Aight cuz..can a n***a get 25 ($2,500)

for all (30 grams)?" MILLER responded, "All day i got you cuz 25 it is".

45.    On July 3, 2012, at approximately 10:03 a.m., REGINALD BRYANT did for the purpose

of distributing heroin to SHERORD MILLER travel to the Walmart store in Madison,

Ohio.

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 16 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   16 of 55.   PageID #: 16

16

46.     On July 3, 2012, at approximately 10:20 a.m., SHERORD MILLER and SHAUNCI
        OSBORNE did for the purpose of purchasing heroin from REGINALD BRYANT travel
        to the Walmart store in Madison, Ohio.

47.     On July 3, 2012, at approximately 10:24 a.m., SHERORD MILLER did meet with
        REGINALD BRYANT inside the Walmart store in Madison, Ohio, and did purchase
        heroin from REGINALD BRYANT.

48.     On July 3, 2012, at approximately 10:44 a.m., SHERORD MILLER received a call from
        JAMARCE MILLER on the telephone. During the call, JAMARCE MILLER said, "We
        need to conversate." SHERORD MILLER replied, "I just took care of it. I'm in
        Walmart line right now, at Walmart." SHERORD MILLER later said, "I'll just holler at
        you when I get in." JAMARCE MILLER replied, "Oh, yeah, please do ASAP like."

49.     On July 3, 2012, from approximately 11:59 a.m. to approximately 12:51 p.m.,
        SHERORD MILLER exchanged a series of text messages with KEVIN FRIDRICH.
        During the exchange, MILLER asked, "What you looking like?" FRIDRICH replied, "I
        need I got people blowing me up goin crazy". MILLER responded, "I got something ol
        boy (RAYSHAWN REED) ain't gonna be right for a few more days 150 ($150 per
        gram)". FRIDRICH then asked, "how's it look"? MILLER replied, "It's cool I ran
        through a whole yesterday they say it's better then everything around here right now".
        FRIDRICH replied, "alright ill get at u after work". FRIDRICH then added, "I still got
        two of the other but im nite selling it I had people paying 150 for a half ($150 for a half
        gram) yesterday they were so desperate". MILLER replied, "I believe you I been
        charging 2 ($200) for 1 (gram) of these my cousin charging 225 and they paying it".

50.     On July 3, 2012, from approximately 2:36 p.m. to approximately 2:53 p.m., SHERORD
        MILLER exchanged a series of text messages with TRICIA LEWIS. During the
        exchange, MILLER stated, "Come on I got two (two grams of heroin) for you".
        Approximately five minutes later, MILLER stated, "Come on big head while the getting
        is good". LEWIS replied, "right lol". MILLER later responded, "Nevermind Trish my

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 17 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   17 of 55.   PageID #: 17

17

dude just called me you taking to long I'm on the first come first serve basis I'm bout to go da land and take my kids shopping".

51.   On July 3, 2012, at approximately 3:21 p.m., SHERORD MILLER received a telephone call from TRICIA LEWIS. During the call, LEWIS stated, "I'm waiting for somebody to bring me 600 bucks ($600)," and then stated, "I'm coming right now. I guess I can only do what I can do right now, but I was trying to make sure that s**t didn't happen again." MILLER replied, "Right." LEWIS then said, "I'm coming. I know, I know, I know, but I'm coming right now just to grab whatever I can and then whenever you come back, I'll just hold on to their s**t."

52.   On July 4, 2012, at approximately 10:56 a.m., SHERORD MILLER sent a text message to REGINALD BRYANT, which asked, "Anything shaking today"? At approximately 7:09 p.m., BRYANT replied, "50=5 (50 grams equals $5,000)". MILLER replied, "Send pic (picture)". Approximately five minutes later, MILLER sent a text message to BRYANT, which stated, "First thing tomorrow".

53.   On July 5, 2012, from approximately 7:43 a.m. to approximately 8:22 a.m., SHERORD MILLER exchanged a series of text messages with REGINALD BRYANT. During the exchange, BRYANT stated, "Cuz u can cum to mentor mall?? Ima b out by there for a few hrs with fam..." BRYANT then stated, "Yeah but ima b out by mentor mall for a few hrs cuz...u can meet there"? MILLER replied, "Yeah when you gonna be there"? BRYANT responded, "We getting ready now cuz...bout 45 to hr." MILLER responded, "Ok ok well I can only do 30 (30 grams of heroin) for right now". MILLER then stated, "Put the rest up for tomorrow I'll come get that to." At approximately 8:30 a.m., BRYANT called MILLER on the telephone and asked, "No, uh, cuz, he uh, did you get that pic?" MILLER replied, "No." BRYANT then stated, "Yeah, uh, nah, you'll see in the picture that's where they left it yesterday and he won't be back to tomorrow. I just wanted to make sure, I can, uh, the half instead of the whole, you know what I'm saying?" At approximately 8:31 a.m., MILLER called BRYANT on the telephone and

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 18 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   18 of 55.   PageID #: 18

18

said, "Oh yeah, let me get that," and continued, "Man, you don't know how happy I just got, oh yeah, I'll get all of that."  Later in the conversation, MILLER asked, "That's nifty (50 grams), five ($5,000)?"  BRYANT replied, "Yep, yep, yep."

54. On July 5, 2012, at approximately 9:38 a.m., REGINALD BRYANT did for the purpose of distributing heroin to SHERORD MILLER travel to the Great Lakes Mall in Mentor, Ohio.

55. On July 5, 2012, at approximately 11:05 a.m., SHERORD MILLER and SHAUNCI OSBORNE did for the purpose of purchasing heroin from REGINALD BRYANT travel to the Great Lakes Mall in Mentor, Ohio.

56. On July 5, 2012, between approximately 11:10 a.m. and 11:30 a.m., SHERROD MILLER and SHAUNCI OSBORNE did meet with REGINALD BRYANT in the food court area of the Great Lakes Mall, and did obtain from REGINALD BRYANT approximately 50 grams of heroin.

57. On July 5, 2012, at approximately 11:43 a.m., SHERORD MILLER sent a text message to JOEY SCHMEISSER, which stated, "Did s**t pretty try to grab as many as you can it's gonna be gone fast I got 50 (50 grams)".

58. On July 5, 2012, from approximately 11:46 a.m. to approximately 12:42 p.m., SHERORD MILLER exchanged a series of text messages with ISAAC HAWKINS. During the exchange, HAWKINS stated, "Feel it. lemme know en u cool".  MILLER replied, "Get ready I'm bout TI be in bout 15 minutes".  MILLER later asked, "You ready"?  HAWKINS replied, "Allll da way cool"?  MILLER responded, "Not from my main guy but wait til you see this s**t".

59. On July 5, 2012, from approximately 12:18 p.m. to approximately 12:44 p.m., SHERORD MILLER exchanged a series of text messages with LOUIS SNYDER. During the exchange, SNYDER stated, "Like to have two cups coffee (two grams of heroin) At arbys".  MILLER replied, "Start walking".  SNYDER responded, "Ya".

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 19 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  19 of 55.  PageID #: 19

19

SNYDER then stated, "Here". At approximately 12:44 p.m., MILLER asked, "Is it cool"? SNYDER replied, "Real cool alittle better than R's (RAYSHAWN REED's)".

60.     On July 5, 2012, at approximately 1:09 p.m., SHERORD MILLER called SHAUNCI OSBORNE on the telephone. During the call, MILLER stated, "They say this s**t better than Ray's (RAYSHAWN REED's)." OSBORNE replied, "Really?" MILLER responded, "Hell, yeah."

61.     On July 5, 2012, at approximately 2:31 p.m., SHERORD MILLER received a text message from JAMARCE MILLER, which asked, "When u going 2 get somemore". SHERORD MILLER replied, "I get that 100 (100 grams) tomorrow".

62.     On July 5, 2012, from approximately 3:32 p.m. to 3:34 p.m., SHERORD MILLER exchanged a series of text messages with REGINALD BRYANT. During the exchange, MILLER asked, "Are we on for tomorrow"? BRYANT replied, "Fsho". MILLER responded, "I really need it now cause that s**t gone".

63.     On July 6, 2012, at approximately 12:45 p.m., SHERORD MILLER received a telephone call from JAMARCE MILLER. During the call, SHERORD MILLER stated, "But ol' bald head cuz (RAYSHAWN REED) called me yesterday, I mean, last night like around 12, asking me if I wanted him to pick up any more, any more paper (money), I'm like, no, just roll with what you got because he still got 13 ($13,000) of mine, I'm like, yeah, just go ahead and roll with that, you know what I'm saying? I had like, I got like 12 ($12,000) here, I'm gonnna take this you and, ten ($10,000.00), and go grab that 100 (100 grams of heroin) in the morning, know what I'm saying?"

64.     On July 6, 2012, at approximately 3:45 p.m., SHERORD MILLER sent a text message to REGINALD BRYANT, which asked, "Where we rocking at"? Moments later, BRYANT called MILLER on the telephone. MILLER asked, "So, you want me to get off at, you want me to get off at 220?" BRYANT replied, "Yeah, 222nd (East 222nd Street in Euclid, Ohio)." BRYANT later asked, "What you want to go to Burlington or something?" MILLER replied, "Yeah, yeah, that will work."

Case 5:23-cm-50001-TC Document 1-2 Filed 01/12/23 Page 20 of 55
Case: 1:12-cr-00582-BYP Doc #: 1 Filed: 12/20/12 20 of 55. PageID #: 20

20

65. On July 6, 2012, at approximately 4:24 p.m., REGINALD BRYANT did for the purpose of distributing heroin to SHERORD MILLER travel to the Burlington Coat Factory in Euclid, Ohio.

66. On July 6, 2012, at approximately 4:27 p.m., SHERORD MILLER and SHAUNCI OSBORNE did for the purpose of purchasing heroin from REGINALD BRYANT travel to the Burlington Coat Factory in Euclid, Ohio.

67. On July 6, 2012, from approximately 4:27 p.m. to approximately 4:43 p.m., SHERORD MILLER did meet with REGINALD BRYANT in the area of the Burlington Coat Factory in Euclid, Ohio, and did obtain from REGINALD BRYANT approximately 100 grams of heroin.

68. On July 6, 2012, from approximately 7:13 p.m. to approximately 10:39 p.m., SHERORD MILLER exchanged a series of text messages with JOEY SCHMEISSER. During the exchange, MILLER asked, "You need me"? SCHMEISSER replied, "Yeah", and then stated, "6 (six grams)". MILLER then stated, "Come on". SCHMEISSER replied, "Bout to pull up get it ready Cuzz". MILLER then asked, "How many bra"? SCHMEISSER replied, "6".

69. On July 6, 2012, at approximately 10:41 p.m., SHERORD MILLER received a telephone call from JOEY SCHMEISSER. During the call, SCHMEISSER stated, "I'm at the door knocking, cuz." MILLER replied, "Oh, ok, alright."

70. On July 6, 2012, at approximately 9:51 p.m., SHERORD MILLER called LAKETHA HARRIS on the telephone. During the call, MILLER stated, "We've been kickin' it though, man. I went up there to take care of something else and remember my dude Reg (REGINALD BRYANT) who used to come over the house when we stayed in Cleveland? Light skinned Reg?" HARRIS replied, "I think so." MILLER then said, "I've been, me and him and have been doing a little choppin' it up and s**t, you know what I'm sayin', you know he been middle manning it (acting as a middle man between supplier and purchaser) and s**t, cause old boy (RAYSHAWN REED) been, old boy

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 21 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   21 of 55.   PageID #: 21

21

been bulls******g but I think he coming back tomorrow with it. But I tell ya, I been running the town with this little s**t I've been getting. You know what I'm sayin'? I end up coming across a little hundred (100 grams) today. For like ten thou ($10,000)." Later in the conversation, MILLER said, "If it wasn't for old boy,(RAYSHAWN REED) s**t n***a, I'd be running it for real, for real, like s**t, that m**********r, I walked in and that m**********r had about three hundred and some thousand (over $300,000) on the floor." HARRIS asked, "Just sitting there?" MILLER replied, "I mean, you know, he was counting it and getting ready to do what he do." Later in the conversation, MILLER stated, "I got, I got, 150 (150 grams) coming from ol'boy (RAYSHAWN REED), and he ain't gotten back yet."

71. On July 6, 2012, at approximately 11:21 p.m., SHERORD MILLER sent a text message to REGINALD BRYANT, which stated, "So far so good, told you cuz we rolling right now holla at you tomorrow bra and thans again for showing up when I needed you". BRYANT replied, "U need her morw"? MILLER responded, "Not tomorrow but day after usually 100 shots (100 grams of heroin) every other day is how I rock anyway".

72. On July 7, 2012, at approximately 10:09 a.m., SHERORD MILLER called JAMARCE MILLER on the telephone. During the call, SHERORD MILLER stated, "Waiting on cuz. What he (RAYSHAWN REED) talking about?" JAMARCE MILLER replied, "S**t, he said he going to be through this morning. He came through Chicks' (Bar) last night."

73. On July 7, 2012, at approximately 11:33 a.m., SHERORD MILLER called JAMARCE MILLER on the telephone. During the call, SHERORD MILLER asked, "Yeah, you ain't talk to cuz (RAYSHAWN REED), yet? You want me to bring you a couple over there?" JAMARCE MILLER replied, "No, he (RAYSHAWN REED) on his way."

74. On July 7, 2012, from approximately 11:58 a.m. to approximately 1:00 p.m., RAYSHAWN REED did meet with JAMARCE MILLER and SHERORD MILLER at

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 22 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   22 of 55.   PageID #: 22

22

JAMARCE MILLER's residence on West 36th Street, Ashtabula, Ohio, and did provide heroin to JAMARCE MILLER and to SHERORD MILLER.

75.   On July 7, 2012, at approximately 1:41 p.m., SHERORD MILLER sent a text message to KEVIN FRIDRICH, which stated, "Aye we got hte good good (high quality heroin) back now to just picked it up". FRIDRICH responded, "Cool I'm at an engagement party till later tonight so ill probably be waking u up for about eight (eight grams of heroin)". MILLER replied, "Trust me it's all grabby so take ya time we ain't running out no time soon".

76.   On July 7, 2012, from approximately 12:43 p.m. to approximately 2:28 p.m., a person whose identity is known to the Grand Jury did exchange a series of text messages with JAMARCE MILLER. The person said, "Hey sweetie it's lacey. U good?" MILLER replied, "come on". The person then replied, "k". Later, the person sent MILLER a text message stating, "on my way".

77.   On July 7, 2012, from approximately 2:38 p.m. to approximately 2:48 p.m., a person whose identity is known to the Grand Jury did meet with JAMARCE MILLER at JAMARCE MILLER's residence on West 36th Street, in Ashtabula, Ohio, and obtain from JAMARCE MILLER a quantity of heroin.

78.   On July 7, 2012, at approximately 9:06 p.m., a person whose identity is known to the Grand Jury sent a text message to JAMARCE MILLER, which stated, "Hey sweetie its Lacey I didnt want u2 think I 4got bout u! lol I ain't gon play u im still runnin arnd, I got u huny".

79.   On July 8, 2012, at approximately 10:14 p.m., SHERORD MILLER received a telephone call from JAMARCE MILLER. During the conversation, SHERORD MILLER stated, "Yeah, Marrell (JAMES ROBINSON) was over here talking about that. You know, he said your name, too, you know what I'm saying?" JAMARCE MILLER replied, "What he say?" SHERORD MILLER answered, "Like his people, you know what I'm saying? You know, that was my girl. You know she, uh, you know what I'm saying, I used to

Case 5:23-cm-50001-TC  Document 1-2  Filed 01/12/23  Page 23 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  23 of 55.  PageID #: 23

23

f**k with her, you know what I mean? She, every time I try to get with her she was like, you know, s**t, you know, whoop d whoop got it for me for the low. You know what I'm saying?" SHERORD MILLER later stated, ". . . the APD (Ashtabula Police Department) trippin', they need to get they job. Clean these streets up." SHERORD MILLER went on to state, ". . . you know what I'm sayin', they about to put a little grip, a little tight grip, you know what I saying? That's, that's, that's a few back-to-back-to-back on the death side, you know what I'm saying. They probably, what you all gonna do? You know what I mean? Cuz, best believe, starting tomorrow, this number gonna be changed, and I'm cuttin' a lot of m***********s off." JAMARCE MILLER replied, "You already know." SHERORD MILLER then stated, "I don't even care. Everybody," and continued, "Watch this, mark my words, cuz, everybody must go." JAMARCE MILLER then stated, "I'm just keeping a couple, man, that's it." SHERORD MILLER replied, "Man, cuz, that's what I'm, my cuz and my white boy, everybody else gone, cuz, trust that. And I'm up out of here. I'm about to make her get on it get on it, too. I'm gone. I'm a fall back for real. This real language right here. This ain't just no talkin' on the spur of the moment. Tomorrow it's gonna be a change. Believe that." Later in the call, SHERORD MILLER stated, "Trust me, s**t gettin' moved and all that".

80.  On July 8, 2012, at approximately 10:24 p.m., SHERORD MILLER called JAMARCE MILLER on the telephone. During the call, MILLER stated, "Hey, you know what I'm saying, you know, they say her little girl found her and s**t, I mean, little baby, whatever it was." SHERORD MILLER continued, "You know what I'm saying? I'm thinking like this, you know, what if her little hook (cell phone) was right there, you know what I mean? And like you said, you know she, she had just, you know on the 7th...." SHERORD MILLER then asked, "You know what I'm saying? They looking. They might got dude name in there, like, ol' Brian right there." JAMARCE MILLER replied, "Mmm hmm." SHERORD MILLER continued, "Yeah, it's best to go on ahead, like you said, go on and throw that m**********r (phone) away. Tell old boy (RAYSHAWN

Case 5:23-cm-50001-TC  Document 1-2  Filed 01/12/23  Page 24 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  24 of 55.  PageID #: 24

24

REED) to throw that away." JAMARCE MILLER responded, "Mmm hmm," and then stated, "Yeah, first thing tomorrow, I'm gonna throw it away."

81.     On July 9, 2012, at approximately 1:04 p.m., SHERORD MILLER received a telephone call from LAKETHA HARRIS. During the call, MILLER stated, "I'll have to get with you later on that other thing then." HARRIS replied, "Why?" MILLER replied, "I mean, you know, I gotta have my stuff (heroin) somewhere where I can be able to go over. You all gonna be sitting here and arguing, I can't do that, man." MILLER then stated, "I can't have no friction in that area. 'Cause I'm a have to be coming over there, boom, boom, boom, boom. You know what I'm saying? Y'all gonna sit here start that s**t right back on up, I'll just find somebody else."

82.     On July 9, 2012, at approximately 5:19 p.m., SHERORD MILLER, to avoid detection and to facilitate the continued sale and distribution of heroin, did contact Verizon Wireless and obtain a new number for his cellular telephone.

83.     On July 10, 2012, at approximately 10:48 a.m., SHERORD MILLER received a telephone call from SHAUNCI OSBORNE. During the call, OSBORNE asked, "Hey, 25 ($25,000) sound right?" MILLER replied, "Yeah, that sound, that's exactly right." OSBORNE replied, "Alright, yeah, she made the bills smaller. Or bigger." MILLER replied, "I know what you mean. Had to make them all hundreds or something." OSBORNE responded, "Yeah, they didn't have enough hundreds so she did some with the fifties and then she put the band around it, then I kept some rubber bands and folded them and put them in there like that." MILLER replied, "But other than that, there ain't too much more room, huh?" OSBORNE responded, "Right." MILLER asked, "What did she say? Did she say we could get another one?" OSBORNE replied, "Yeah. She's like, you'll probably just have to open another one." OSBORNE then said, "I know that lady seen that money and was like, oh my God." MILLER replied, "What lady?" OSBORNE responded, "One of the ladies, 'cause my lady was in her office and um, so an old lady helped me and she was like, do you want me to, uh, I was like, yeah, can you make these

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 25 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  25 of 55.  PageID #: 25

25

bigger?  She was like, yeah, I can do that. Then she almost forgot to give me a thousand back and I'm like, um, she's like, yeah, yeah, I know, I, I forgot the other thousand that was together."

84.   On July 11, 2012, between approximately 9:41 a.m. and 9:44 a.m., SHERORD MILLER exchanged a series of text messages with KEVIN FRIDRICH. During the exchange, MILLER asked, "Lol you think you gonna need me today"?  FRIDRICH replied, "Oh yeah after work".  MILLER replied, "Ok you'll have to let me know how many in bout a 15 minute advance we gotta be extra sneaky on this can't afford to go to jail over this good money lol".  FRIDRICH replied, "Me either ill get at you".

85.   On July 11, 2012, at approximately 9:47 a.m., SHERORD MILLER called LAKETHA HARRIS on the telephone.  During the call, MILLER asked, "You at work?"  HARRIS replied, "Yeah."  MILLER then stated, "Yeah, see that ain't gonna work."  HARRIS responded, "Uh, well, you need to slow down anyways, so."  MILLER replied, "Yeah, I'm just saying though, but s**t, it's a morning thing, like by the time you be getting off it's over with."  MILLER continued, "M***********s need that, you know, they gotta move, you know? Alright, when do you get off?"  HARRIS replied, "Three."  HARRIS then asked, "You want it (MILLER's heroin) back?"  MILLER replied, "No, no, no, I was just saying, that ain't, that ain't gonna work like that.  It's a morning thing.  I'll holler at you when you get off."

86.   On July 11, 2012, at approximately 3:06 p.m., SHERORD MILLER received a telephone call from REGINALD BRYANT.  During the call, BRYANT said, "Instead of 10 o'clock ($10,000), how we were doing. Nine o'clock ($9,000)."  MILLER responded, "Oh, ok, something wrong then, cuz?"  BRYANT replied, "No. Cuz, cuz, when you gonna start believing your n***a, man?"  MILLER replied, "Right, right, sounds too good to be true, man."  BRYANT replied, "Cuz, matter of fact, we gonna have to build some type of trust. This is what I can do, cuz, you meet me half way, I can meet you half way, you know what I'm saying? That's what I'll do, you meet me half way then I holla at me, you

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 26 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   26 of 55.   PageID #: 26

26

know, see what I'm trying to say?" MILLER replied, "Nah, not really. I'll hang up and

call you on a different phone, a good land line."

87.    On July 11, 2012, at approximately 3:16 p.m., SHERORD MILLER received a telephone

call from SHAUNCI OSBORNE.   During the call, MILLER stated, "Look, I was, you

what I'm saying, me and old boy just was on the phone, me and Reg (REGINALD

BRYANT), you know what I'm saying? I was going to have him, y'all two, you know, go

on ahead and lizink (link) up, cause he dropped it on me, you what I'm saying, instead of

the 10 ($10,000) he saying 9 ($9,000.00).   I'm like, oh, cuz, man, that don't sound right,

that don't sound right. He like, cuz, my n***a, trust me, this s**t, you know what I'm

saying, better than the other whole. You what I'm saying, he like, man, look, f**k it, man,

me and you are going to have to build some kind of trust. He's like, I'll let you come get,

you know what I'm saying, you don't even have to give me the money, you know what I

mean?" MILLER continued, "I just got off the house phone with him, I'm like, oh, ok, I

said, that sounds a lot m***********g better. I said, well, s**t, if that's the case, I'll

come snatch tomorrow, he like, man, look, whatever, man, today, tomorrow, but I just

hung up the phone, I'm like, s**t, you up there right now." OSBORNE replied, "Right,"

and MILLER stated, "I can have you grab that, you know what I'm saying and s**t?"

OSBORNE asked, "Where at?" MILLER replied, "Probably around the same area, I can

have you meet the same wiggle we just met." OSBORNE responded, "Alright, well, go

home and call him 'cause I was just getting ready to leave now."

88.    On July 11, 2012, at approximately 3:21 p.m., SHERORD MILLER called SHAUNCI

OSBORNE on the telephone. During the call, MILLER stated, "I'm about to give you his

number. When you get off the phone, call him." OSBORNE asked, "What's the number,

babe?" MILLER replied, "You ready?" OSBORNE said, "Yeah, I'm ready." MILLER

stated "(216) 394-6233," and then stated, "Might as well just meet, you know, same spot

though, you know what I'm saying? It's just convenient." OSBORNE replied, "I'm

heading out that way, towards that way anyway, 'cause I figured that was where."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 27 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   27 of 55.   PageID #: 27

27

89.  On July 11, 2012, at approximately 4:39 p.m., SHERORD MILLER called SHAUNCI

OSBORNE on the telephone and asked, "You in town, yet?" OSBORNE replied, "I'll be

there in like ten minutes." MILLER replied, "Go to Jay's (LAKETHA HARRIS'

house)." MILLER then stated, "It's crazy hot. I'm at Chick's (Chicks' Bar) with Ray

(RAYSHAWN REED) right now. Everybody need to just get ghost, man."

90.  On July 11, 2012, at approximately 4:57 p.m., SHAUNCI OSBORNE did travel to

LAKETHA HARRIS' residence on West 43rd Street, Ashtabula, Ohio, and did

deliver to SHERORD MILLER a quantity of heroin obtained from REGINALD

BRYANT.

91.  On July 11, 2012, from approximately 5:01 p.m. to approximately 5:21 p.m., SHERORD

MILLER exchanged a series of text messages with LOUIS SNYDER. During the

exchange, SNYDER stated, "2 cups (two grams of heroin)"? MILLER replied, "Gotta

meet me on 43rd". SNYDER replied, "Ready to leave for 1.5 cups". MILLER replied,

"Come on 43 address 914". SNYDER responded, "Ok".

92.  On July 11, 2012, at approximately 5:42 p.m., SHERORD MILLER called LAKETHA

HARRIS on the telephone. During the call, MILLER asked, "He come by?" HARRIS

replied, "Yeah." MILLER then asked, "Oh, ok, did you talk to him?" HARRIS replied,

"Yeah, I just gave him my number." MILLER responded, "Alright, that's Louie (LOUIS

SNYDER)." Later in the conversation, MILLER said, "Alright, put me one together and

I'll be over."

93.  On July 11, 2012, at approximately 5:53 p.m., SHERORD MILLER received a text

message from ISAAC HAWKINS, which asked, "Cool?" MILLER replied, "Yeah but

meet me on 43rd (LAKETHA HARRIS' house) right now it's safer for the both of us

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 28 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   28 of 55.   PageID #: 28

28

new spit (spot) lets go". MILLER then stated, "Other bm (baby's mama's) house gotta switch up right now".

94. On July 11, 2012, at approximately 5:56 p.m., SHERORD MILLER called LAKETHA HARRIS on the telephone. During the call, MILLER stated, "I got my big boy (ISAAC HAWKINS) coming through." HARRIS replied, "For what you just told me?" MILLER replied, "Uh, no, no, it's my big one. Here I come."

95. On July 12, 2012, at approximately 12:48 p.m., SHERORD MILLER called LAKETHA HARRIS on the telephone. During the call, MILLER asked, "Hey, did you talk to Louie (LOUIS SNYDER)?" HARRIS replied, "Yeah, I talked to Louie." MILLER then said, "Alright, hey, put me two together, but not the one, the one I had before (heroin from RAYSHAWN REED), the new one (heroin from REGINALD BRYANT). Put me two of that together." HARRIS replied, "Alright." MILLER then said, "And put the, the one, I'm a come and get it. I'm a just come, bring 'em outside." HARRIS replied, "What, for what, the, which one?" MILLER responded, "For me, I said not the, not the newer one, the one that you had before." HARRIS replied, "Right, but you want the newer one or you don't?" MILLER replied, "No, I want the one you had before."

96. On July 12, 2012, from approximately 4:20 p.m. to approximately 5:27 p.m., SHERORD MILLER exchanged a series of text messages with LAKETHA HARRIS. During the exchange, MILLER stated, "Just Weigh and tell me damn I took a shower and all and still no results". At approximately 5:02 p.m., HARRIS replied, stating, "new 52.10 (grams) old 25.60 (grams)". MILLER responded, "That 25 don't sound right". HARRIS answered, "u right its 29.07". MILLER then said, "It should be 32 (grams) though". HARRIS replied, "u right duff n another bag."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 29 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  29 of 55.  PageID #: 29

29

97.   On July 13, 2012, at approximately 1:31 p.m., SHERORD MILLER called SHAUNCI

OSBORNE on the telephone.  During the call, OSBORNE said, "Cause I only counted 25

($25,000) in the safe (safe deposit box).  Unless it's like, like another pack, you know

what I mean?" MILLER replied, "It might be like that." OSBORNE responded, "Alright.

I'm having her count everything before I bring it to make sure.  You know what I mean?"

98.   On July 13, 2012, at approximately 4:15 p.m., SHERORD MILLER received a telephone

call from REGINALD BRYANT.  During the call, MILLER stated, "Getting off on the,

like, Willoughby exit, then we wiggle through that way, that's the only way we know

how to get there."  BRYANT then asked, "So where you going?"  MILLER replied,

"Same, same old location."

99.   On July 14, 2012, at approximately 10:06 a.m., SHERORD MILLER received a

telephone call from SHAUNCI OSBORNE.  During the call, OSBORNE said, "There

was a little baggie on the floor, where you put your s**t in, and Leanna had it in her

mouth." MILLER asked, "Where?" OSBORNE replied, "I don't know where she got it."

100.  On July 14, 2012, at approximately 5:24 p.m., SHERORD MILLER received a telephone

call from LAKETHA HARRIS. During the call, HARRIS stated, "Well, I'm gonna bring

you my, um, garage door opener and this key so you can get in."  MILLER asked, "Has

anybody called you?" HARRIS replied, "Louie (LOUIS SNYDER).  Marell (JAMES

ROBINSON) came. That's it. It ain't like it was yesterday." MILLER replied, "I mean

it's going to have to be like that for a while, but f**k it. Can't get thirsty and be like, I'm

back. I'd rather fall off the face of the earth right now." HARRIS replied, "Well, you

want me to bring it, or no?" MILLER responded, "No, just the money.

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 30 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   30 of 55.   PageID #: 30

30

101.    On July 15, 2012, between approximately 11:43 a.m. and approximately 12:36 p.m.,

SHERORD MILLER exchanged a series of text messages with LAKETHA HARRIS.

During the exchange, MILLER asked, "Hey you up"? HARRIS replied, "Yeah".

MILLER then said, "Ok bring 7 ½ (grams) to jamies" (JAMARCE MILLER's

residence). At approximately 12:11 p.m., SHERORD MILLER then stated, "It's no rush

when ever you get up just take it there at least half hour". HARRIS replied, "ok". At

12:36 p.m., SHERORD MILLER stated, "Ok if you haven't took it it's bout that time".

102.    On July 15, 2012, at approximately 1:00 p.m., LAKETHA HARRIS, at the direction of

SHERORD MILLER, did travel to JAMARCE MILLER's residence on West 36th

Street, Ashtabula, Ohio, to deliver to JAMARCE MILLER a quantity of heroin.

103.    On July 15, 2012, at approximately 1:16 p.m., SHERORD MILLER called LAKETHA

HARRIS on the telephone and asked, "Hey, what did he give you?" HARRIS replied,

"He said you gave, he said you, you, for that what I just went over, he said you got that

already." MILLER replied, "He just, hold on, hold on, he gave, he gave me a stack

($1,000), that's why I told you take him that." HARRIS replied, "Right. That's what I

did." MILLER responded, "Right. He ain't give no other money." HARRIS replied,

"Well he, he just gave me more money and told me to go bring him two more (grams of

heroin)." MILLER then stated, "Right, that's what I said. How much?" HARRIS

responded, "Oh, I don't know. I gotta go count it." SHERORD MILLER then asked,

"How much money did he give you, Jay, that's what I'm saying, because Jamie

(JAMARCE MILLER) don't be giving me the right s**t, man." SHERORD MILLER

then stated, "When you get home, you count the money, then tell, then I'll tell you what

to go bring him."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 31 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   31 of 55.   PageID #: 31

31

104.    On July 15, 2012, at approximately 1:38 p.m., SHERORD MILLER called LAKETHA

HARRIS on the telephone. During the call, HARRIS asked, "Excuse me, if you go to

Reggie (REGINALD BRYANT), it's more?" MILLER responded, "No, no, if I go to the

other dude (RAYSHAWN REED), we ain't saying no names, you know what I'm saying,

if I go to him right now like, say if I send my money you get 50 (grams) for 5,000, but

that same 50, instead of 5,000, gonna cost me seven ($7,000), you see what I'm saying?

HARRIS later stated, "That's why I told you that day I called you, and you was like no,

it's cheaper, blah, blah, blah." SHERORD MILLER responded, "They don't want

nothing else but that." MILLER continued, "Because with this stuff you can tell what's

good the way the price is, you know what I'm saying? When you get m***********s

talking it's, it's redone (diluted), you know what I'm saying, that stuff we get from ol'

boy (RAYSHAWN REED) is not." MILLER continued, "That m**********r, you break

that b***h open, you got a Louis Vitton."

105.    On July 15, 2012, at approximately 5:04 p.m., SHERORD MILLER received a telephone

call from LAKETHA HARRIS. During the call, MILLER asked, "How much, you say it

was a little over 14 (14 grams of heroin)?" HARRIS replied, "Yeah. 14." MILLER then

said, "Bring it over here." MILLER then stated, "Make it like 13, 8, (13.8 grams of

heroin) and then try to set, like, save like a lil bit, like a lil hundred lick." HARRIS

responded, "Man, why didn't you tell me that before I put it all in one bag."

106.    On July 15, 2012, at approximately 5:28 p.m., SHERORD MILLER received a telephone

call from LAKETHA HARRIS. During the call, HARRIS asked, "Where you at?"

MILLER replied, "Why, what's up?" HARRIS responded, "What do you mean? 'Cause

he's already sitting here waiting on you." MILLER replied, "Who? Isaac (ISAAC

Case 5:23-cm-50001-TC Document 1-2 Filed 01/12/23 Page 32 of 55
Case: 1:12-cr-00582-BYP Doc #: 1 Filed: 12/20/12 32 of 55. PageID #: 32

32

HAWKINS) is?" HARRIS replied, "Yeah." MILLER then said, "And I told him he had to come get me. He didn't."

107.  On July 16, 2012, from approximately 11:14 a.m. to approximately 12:06 p.m., SHERORD MILLER exchanged a series of text messages with REGINALD BRYANT. During the exchange, BRYANT asked, "10 ($10,000) rght??" MILLER responded, "Thought you said 9 o'clock ($9,000) what kinda swag is it like I said they really didn't like that last at all". BRYANT replied, "My n***a back cuz"? MILLER then stated, "Cuz it gotta be str8 if they see the same color it's over for me". BRYANT replied, "It will." MILLER then stated, "Let me know cuz I gotta meet this guy at 330 so I'd like to get there before then and we gotta meet halfway cuz we ain't been to walmart in awhile". BRYANT replied, "Asap". MILLER replied, "And that 90 (dollars) I messed up on I got that for you".

108.  On July 16, 2012, at approximately 12:07 p.m., SHERORD MILLER called REGINALD BRYANT on the telephone. During the call, MILLER said, "It ain't like we been working 10, 15 years, and saved up, you know?" MILLER then stated, "You know, hard earned, blood, sweat and tears, like we finally got enough saved up. Let's go buy our first house. And you know, we get screwed around or something like, man, this illegal funds." BRYANT replied, "Exactly." MILLER continued, "Easy come, easy go. You gotta make a move when you can."

109.  On July 16, 2012, at approximately 6:15 p.m., SHERORD MILLER called RAYSHAWN REED on the telephone, and asked, "You at the crib?" REED replied, "Yeah." MILLER responded, "I'm 'bout to just come through."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 33 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   33 of 55.   PageID #: 33

33

110.   On July 16, 2012, at approximately 7:28 p.m., SHERORD MILLER called RAYSHAWN

REED on the telephone.  During the call, MILLER offered to "ride by and grab if you

want me to." REED responded, "I mean, if that's what you choose to do." MILLER

replied, "Yeah. I'm on my way."

111.   On July 16, 2012, at approximately 7:42 p.m., SHERORD MILLER and SHAUNCI

OSBORNE did travel to RAYSHAWN REED's residence on West 35th Street,

Ashtabula, Ohio, for the purpose of obtaining a quantity of heroin from RAYSHAWN

REED.

112.   On July 16, 2012, at approximately 8:05 p.m., SHERORD MILLER called LAKETHA

HARRIS on the telephone.  During the call, MILLER said, "Man, I gotta, you know what

I'm saying? M***********g ol' boy just called me talking about he just got, I just, and I

just had to go holla, uh, uh, you know, ol' boy (RAYSHAWN REED) with the expensive

s**t." MILLER continued, "I had to pay an extra 2 ($2,000), you know what I'm saying?

And no sooner I pull up he like, cuz, I got it in my hand. I say, 'get the f**k outta here!'

He said, 'yeah,' so I told him, 'yeah.' We gotta holla tomorrow, man, so if you wanna

come around I just got this for now. It's flocka flocka. (high quality). M***********s

already texting each other."

113.   On July 16, 2012, at approximately 8:29 p.m., SHERORD MILLER sent a text message

to JAMES ROBINSON, which stated, "And bra this from ol boy (RAYSHAWN REED)

so it's back 170 ($170 per gram) but trust me this killing all day the stuff we just had".

ROBINSON responded, "Damn!yep!,;)".

114.   On July 17, 2012, from approximately 1:23 p.m. to approximately 1:55 p.m., SHERORD

MILLER exchanged a series of text messages with ISAAC HAWKINS.  During the

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 34 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   34 of 55.   PageID #: 34

34

exchange, MILLER asked, "How you looking"?  HAWKINS responded, "Slide thru?"
MILLER replied, "You gotta hurry you know so I'll at least be able to let you run with 7
(grams) at least". Hawkins replied, ":)". MILLER responded, "Legggooo".

115.   On July 17, 2012, at approximately 2:03 p.m., SHERORD MILLER called LAKETHA
HARRIS on the telephone and said, "S**t, 33 (grams)." HARRIS replied, "Ok."
MILLER responded, "Put it together." HARRIS replied, "Alright."

116.   On July 17, 2012, from approximately 2:04 p.m. to approximately 2:08 p.m.,
SHERORD MILLER exchanged a series of text messages with LAKETHA HARRIS.
HARRIS stated, "I ain't got no baggies".  MILLER responded, "Ima sent them with my
cuz (ISAAC HAWKINS) he here he gave me da money already I'm tossing him 7
(grams) I got your cut I'll bring in a minute".  HARRIS responded, "so the 33 (grams) for
him"? MILLER replied, "Yeah".

117.   On July 17, 2012, at approximately 2:16 p.m., SHERORD MILLER received a text
message from LAKETHA HARRIS that stated, "33.00". MILLER replied, "Yeah jay just
like a zip (one ounce, or 28 grams) but five more".

118.   On July 18, 2012, at approximately 1:13 p.m., SHERORD MILLER called LAKETHA
HARRIS on the telephone.  During the call, MILLER said, "When you get a chance, 18
(18 grams) over to Jamie's (JAMARCE MILLER's residence).  Don't, we ain't gonna
count that as yours, then come back over, come straight over my way, and grab this, they,
you know what I mean?"

119.   On July 18, 2012, from approximately 3:18 p.m. to approximately 3:48 p.m., SHERORD
MILLER exchanged a series of text messages with TRICIA LEWIS. During the
exchange, LEWIS asked, "Can I come thru"?  MILLER replied, "Yeah bring ruler

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 35 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   35 of 55.   PageID #: 35

35

(scale)". LEWIS responded, "I can do that new or old spot"?  MILLER replied, "My

spot". At approximately 3:48 pm., LEWIS stated, "I'm here".

120.   On July 18, 2012, at approximately 8:44 p.m., SHERORD MILLER sent a text message

to LAKETHA HARRIS, which said, "You gotta take 7 (seven grams) to Jamie

(JAMARCE MILLER)". SHERORD MILLER then received a text message from

HARRIS, which stated, "I got 7 (grams) n shake left".

121.   On July 18, 2012, at approximately 9:32 p.m., SHERORD MILLER called LAKETHA

HARRIS on the telephone. During the call, MILLER asked, "How did you get seven

(grams) left?"  HARRIS replied, "That's minus Jamie's seven."  Later in the

conversation, HARRIS said, "Well, I took Jamie (JAMARCE MILLER) that, then your

cousin (ISAAC HAWKINS) came, and then Marell (JAMES ROBINSON), he just left

again."  MILLER replied, "Right, he know, you know Jamie, you took Jamie that, I

reimbursed you it right back."  HARRIS replied, "Right, then your cousin came and got

ten (ten grams), then, yeah, yeah, I'm good."

122.   On July 18, 2012, at approximately 9:45 p.m., SHERORD MILLER received a telephone

call from JAMARCE MILLER. During the call, JAMARCE MILLER stated, "She

(LAKETHA HARRIS) only gave me seven, man." SHERORD MILLER replied, "What

you give me?" JAMARCE MILLER responded, "Man, I gave you enough for nine of

'em, n***a." SHERORD MILLER replied, "Cuz, man, I thought you said you gave me

nine." JAMARCE MILLER responded, "No, I said nine of 'em, n***a." SHERORD

MILLER then said, "Man, I didn't know if you said nine of em, or nine. I heard nine I

figured 900 ($900)."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 36 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  36 of 55.  PageID #: 36

36

123.   On July 19, 2012, from approximately 11:41 a.m. to approximately 12:14 p.m.,

SHERORD MILLER and JOEY SCHMEISSER exchanged a series of text messages.

During the exchange, MILLER asked SCHMEISSER, "You at da crib"?  SCHMEISSER

replied, "Yeah".  MILLER then stated, "I might be able To have jay (LAKETHA

HARRIS) bring it to ya".  MILLER then asked, "How many?"  SCHMEISSER

responded, "10 (grams) for the 14 ($1,400) one time?"  SCHMEISSER then stated, "Ok

run it".  SCHMEISSER then asked, "Do i need to find one (a ride)?"  MILLER replied,

"Try cuz she say she gotta be at da grin for cable company".  MILLER then stated, "No

here I come".  SCHMEISSER replied, "Ok".  MILLER then stated, "Cuz try to have

money ready she gotta be back to work at 1222 so she b******g right now".

SCHMEISSER responded, "Yup".

124.   On July 21, 2012, at approximately 11:30 a.m., SHERORD MILLER called JAMARCE

MILLER on the telephone.  During the call, SHERORD MILLER asked, "What's going

on, cuz?" JAMARCE MILLER replied, "S**t, waiting on them groceries (heroin)."

SHERORD MILLER responded, "Man, send Den Den." JAMARCE MILLER replied,

"Alright." SHERORD MILLER later stated, "Yeah, send Den Den, I got it here all ready

for you."

125.   On July 22, 2012, from approximately 11:55 a.m. to approximately 12:48 p.m.,

SHERORD MILLER exchanged a series of text messages with SHAUNCI OSBORNE.

During the exchange, OSBORNE asked, "Where we meeting and whats the number?

Am I meeting him first right?"  MILLER replied, "216 312-4037 and you pic a ok place

where ever you choose what mentor mall where ever u want". OSBORNE replied,

"Okay.  So I let him know when we get a lil close?"  At approximately 12:48 p.m.,

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 37 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   37 of 55.   PageID #: 37

37

MILLER stated, "Hey call reg (REGINALD BRYANT) let him know you on the way or at least text". OSBORNE replied, "ok".

126.    On July 22, 2012, at approximately 1:15 p.m., SHERORD MILLER received a telephone call from SHAUNCI OSBORNE.  During the call, MILLER asked, "Where you all at?"  OSBORNE replied, "Burlington across from the mall, Mentor Mall."  MILLER then asked, "Did he say he was close?"  OSBORNE replied, "Yeah, he said five more minutes."

127.    On July 22, 2012, at approximately 1:29 p.m., SHERORD MILLER received a telephone call from SHAUNCI OSBORNE, who stated, "Alright."  MILLER asked, "Hey, was he (REGINALD BRYANT) looking a little nervous again?"  OSBORNE responded, "Yeah."

128.    On July 22, 2012, at approximately 1:39 p.m., SHERORD MILLER sent a text message to SHAUNCI OSBORNE, asking, "How much"?  OSBORNE responded, "23 (23 grams)".

129.    On July 24, 2012, at approximately 7:40 p.m., SHERORD MILLER sent a text message to SHAUNCI OSBORNE, which asked, "Did you get lost I need to go holla at ray (RAYSHAWN REED)".

130.    On July 25, 2012, between approximately 1:16 p.m. and 3:40 p.m., SHERORD MILLER and AMANDA LOVING exchanged a series of text messages. During the exchange, LOVING stated, "I see cuz u dnt f**k wit me nomore i heard i didnt do nothing to u". MILLER replied, "It's not like that I just stoped people from coming to my house cuz it's hout out here and you don't be having no money". LOVING  responded, "I had a bunch yesterday". MILLER then stated, "That was yesterday lol".  LOVING replied, "Whatever

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 38 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   38 of 55.   PageID #: 38

38

make up all u want ima txt u tomorrow with money n if you dnt answer me then ill know

u were lie n". MILLER responded, "Lol ok gotta be at least a Grammy (one gram of

heroin) lol". LOVING replied, "I told u that yday 3g (three grams). N sry got a new phn

its touch screen im still learnin it".

131.   On July 26, 2012, between approximately 8:33 a.m. and 9:45 a.m., SHERORD MILLER

exchanged a series of text messages with AMANDA LOVING. During the exchange,

LOVING asked, "Need g (one gram) can i cum by"? LOVING then stated, "U ganna

answer me i just got off wrk lil whl ago nd a g"? MILLER responded, "I'm up now

what's up"? LOVING then asked, "Cn i cum get g (a gram)"? MILLER replied, "Give

me like – 15 muntjac cuz im stll n bed kinda I got all my kids here." LOVING

responded, "B there in a min here i cum." LOVING later stated, "Here." MILLER

replied, "Ok I'm coming."

132.   On July 26, 2012, at approximately 4:12 p.m., MILLER received a telephone call from

JAMARCE MILLER. During the call, JAMARCE MILLER asked, "You ain't never hit

the commissary, yet?" SHERORD MILLER replied, "No, no, no. He waiting on me, too.

Remember, I told you I hollered at old cuz (RAYSHAWN REED), so I gotta get this off.

JAMARCE MILLER replied, "S**t, I sure needed you today, man." SHERORD

MILLER responded, "I got all these g*d d**n kids over here. All mine plus two that ain't

mine, so s**t, doing that right now."

133.   On July 27, 2012, from approximately 3:01 p.m. to approximately 3:17 p.m., SHERORD

MILLER exchanged a series of text messages with ISAAC HAWKINS. During the

exchange, HAWKINS asked, "Cooln?" MILLER replied, "Yup." HAWKINS then

asked, "That movie still on channel 140 ($140 per gram) rite"? MILLER responded, "No

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 39 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   39 of 55.   PageID #: 39

39

it's back to da 160 ($160) this that fire fire from my regular (RAYSHAWN REED) dude but ol boy (REGINALD BRYANT) said in a couple days for that play again". MILLER then stated, "You know when it's da cheap stuff I always let you know cuz I never try to play you I look out ever time I can." HAWKINS responded, "Posted?" MILLER replied, "Yeah my spot old spot where it's been going down."

134.   On July 27, 2012, at approximately 8:13 p.m., SHERORD MILLER called JAMARCE MILLER on the telephone. During the call, SHERORD MILLER stated, "Alright, well, s**t, my n***a, he been waiting on me and s**t but I been having all these g*d d**n kids, man." JAMARCE MILLER stated, "Alright, I'm about to leave and come through."

135.   On July 28, 2012, at approximately 11:30 a.m., SHERORD MILLER received a telephone call from JAMARCE MILLER. During the call, JAMARCE MILLER asked, "You leave yet?" SHERORD MILLER replied, "No, I'm still here, I'm in the chair." JAMARCE MILLER responded, "Oh, s**t, uh, I'm 'bout to come over there. I'm trying to give you some more m***********g money, man." SHERORD MILLER replied, "Alright."

136.   On July 28, 2012, from approximately 5:22 p.m. to approximately 6:31 p.m., SHERORD MILLER exchanged a series of text messages with ISAAC HAWKINS. During the exchange, HAWKINS stated, "Ain't s**t on TV." MILLER replied, "Yes it is bringing back now." HAWKINS responded, "Lemme know en to get ride 2getha." MILLER later stated, "Get it together now on austinburg rd." HAWKINS replied, "Cool." MILLER responded, "Here."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 40 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   40 of 55.   PageID #: 40

40

137.   On July 29, 2012, between approximately 4:36 p.m. and approximately 4:53 p.m.,

SHERORD MILLER and JOEY SCHMEISSER had a series of telephone conversations.

During the first call, MILLER asked, "Cuz, you still need me? I'm out the movie."

SCHMEISSER replied, "Yeah, yeah, yeah, I'm up here at the flea market. I'm leaving

here. I'll be there." During the second call, SCHMEISSER stated, "Five (grams)," and

MILLER replied, "Alright." During the third call, SCHMEISSER asked, "Where you

at?" MILLER replied, "I'm at my house." SCHMEISSER then stated, "I'm 'bout to pull

up."

138.   On July 29, 2012, between approximately 7:41 p.m. and approximately 8:00 p.m.,

SHERORD MILLER exchanged a series of text messages with TRICIA LEWIS. During

the exchange, LEWIS asked, "U good"? MILLER replied, "Yup." MILLER then asked,

"Will I be seeing yo face?" LEWIS replied, "Yes but not nothing spectacular." LEWIS

then asked, "Where u at old or new spot"? MILLER stated, "Lol it's Sunday

understandable but same spot." LEWIS responded, "Ok."

139.   On July 31, 2012, at approximately 10:50 a.m., SHERORD MILLER received a

telephone call from JAMARCE MILLER. During the call, JAMARCE MILLER asked,

"You ain't never got to the commissary?" SHERORD MILLER replied, "Nah, nah.

S**t, my dude (REGINALD BRYANT), he ain't talking about 'til tomorrow. I just, uh, I

just called Ray (RAYSHAWN REED)." Later in the conversation, SHERORD MILLER

stated, "I text him early yesterday, I'm like, man, s**t, get the car ready for me, man.

That m*********r text me back, Wednesday. I'm gonna go ahead and grab a little two

(ounces) from cuz (RAYSHAWN REED). I need to holla at ol' boy (REGINALD

BRYANT) Thursday. That'll hold me off for two days." Later in the conversation,

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 41 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   41 of 55.   PageID #: 41

41

SHERORD MILLER stated, "I'm good.  I done made d\*\*n near all that cheese (money)

back I gave ol' buddy. SHERORD MILLER continued, "And I been, you know, and I

been spending, you know what I'm saying?  And still done got like at least ten ($10,000)

of that back, minus the five ($5,000)." SHERORD MILLER later stated, "Like I say, I'm

just preparing for a sluggish two or three months.  You best believe I'm straight. 'Cause I

had boom, I had like 28 ($28,000) off in the spot and when she, I had her (SHAUNCI

OSBORNE) take that little like 17 ($17,000) and some change out, it had it lookin' real

shabby in there.  But I put d\*\*n near all that back.  Back like at least 23 ($23,000) off in

the spot, and about a smooth like 17 ($17,000) in the spot.  In the other spot." SHERORD

MILLER continued, "Lil cuz (ISAAC HAWKINS) owe me two bands ($2,000), he

probably gonna come through today with it."

140. On July 31, 2012, from approximately 8:38 p.m. to approximately 9:51 p.m., SHERORD

MILLER exchanged a series of text messages with JAMES ROBINSON.  During the

exchange, ROBINSON asked, "Were u at!?"  MILLER replied, "At old house still you

on one (one gram)"?  ROBINSON replied, "Yep!cum see u?"  MILLER responded,

"Yup."  At approximately 9:00 p.m., ROBINSON sent MILLER a text message asking,

"Hey! What time u leaven my ppls (peoples) almost here! Im on1 (one gram)".  MILLER

replied, "In a Lil bit".  MILLER then stated, "You wonna do me a fav bra? Stay here

tonight while I got my stuff (heroin) still in here?"  At approximately 9:51 p.m.,

ROBINSON replied, "Im only up th street! Im up later 2nite! I'll check on it 4 u threw

out th nite until th morming!?"  MILLER responded, "That's cool."

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 42 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   42 of 55.   PageID #: 42

42

141.  On August 1, 2012, at approximately 10:17 a.m., SHERORD MILLER received a text

message from SHAUNCI OSBORNE, which asked, "Babe want me to put money in the

bank on break??"  MILLER responded, "No needthat."

142.  On August 1, 2012, at approximately 11:30 a.m., SHERORD MILLER received a

telephone call from SHAUNCI OSBORNE.  During the call, MILLER said, "I had to run

to the house so fast but I made a m***********g killing no sooner I got here."

OSBORNE replied, "That's good."

143.  On August 1, 2012, at approximately 3:41 p.m., SHERORD MILLER sent a text message

to SHAUNCI OSBORNE, which stated, "I made almost 3500 today lol". OSBORNE

replied, "Lol that's wassup I made about 60 so far :( lol".  MILLER replied, "You gotta

catch up" and then asked, "You just Wonna quit and work for me"?

144.  On August 2, 2012, at approximately 9:35 a.m., SHERORD MILLER received a text

message from AMANDA LOVING, which asked, "Hey got 150 ($150) can i get a g (one

gram) 4 thAt"?

145.  On August 3, 2012, at approximately 10:01 a.m., SHERORD MILLER received a text

message from KEVIN FRIDRICH, which stated, "can I c u on lunch break today"?

MILLER replied, "Yea ok I'll be ready when u get off though k"?  FRIDRICH replied,

"Yeah ill get at u after cash my check n s**t bout four thirty."

146.  On August 3, 2012, at approximately 5:40 p.m., SHERORD MILLER received a

telephone call from KEVIN FRIDRICH. During the call, FRIDRICH asked, "Hey, I

didn't leave my wallet laying around there, did I?"  MILLER replied, "Let me go look.

I've been in there, I didn't see it."  FRIDRICH responded, "Alright, if you get a chance,

look out front where we parked in front of the house, 'cause I might have dropped it

there, too, even.  I lost the m**********r.  It's probably in his car, I'm guessing."
MILLER then stated, "Let me go, I'm going to run out here and look."  FRIDRICH
replied, "Yeah, I pulled my money out right before I was coming in to see you, you
know."

147.   On August 4, 2012, at approximately 3:46 p.m., SHERORD MILLER sent a text message
       to SHAUNCI OSBORNE, which stated, "Nothing right now Isacc   (ISAAC HAWKINS)
       just left showing me his truck and bringing me some of my money why what's up"?

148.   On August 4, 2012, at approximately 4:17 p.m., SHERORD MILLER received a text
       message from JAMES ROBINSON, which asked, "Hey! Com to see u!im on 1(one
       gram)?"  MILLER replied, "Yea".  MILLER then sent a text message which stated,
       "Front door." ROBINSON replied, "Ok!"

149.   On August 5, 2012, from approximately 1:21 p.m. to approximately 2:32 p.m.,
       SHERORD MILLER exchanged a series of text messages with LOUIS SNYDER.
       During the exchange, SNYDER asked, "Three cups (three grams of heroin)?"  MILLER
       replied, "Give me half hour I'll be there."  SNYDER then asked, "Same coffee shop
       (location) as last night?"  MILLER responded, "Yeah."  SNYDER later replied, "Is 15
       min cool?"  SNYDER later sent another text message, which stated, "Let me know what
       is up for three cups?"  MILLER responded, "Yeah 15 more I's cool I'll be there."
       MILLER then stated, "Come on."  SNYDER later replied, "Here."

150.   On August 6, 2012, at approximately 3:52 p.m., SHERORD MILLER received a text
       message from TRICIA LEWIS, which stated, "Hey u pick up."  MILLER responded, "If
       you need me I got like 20 (grams of heroin) left so get with me if u need it."

Case 5:23-cm-50001-TC  Document 1-2  Filed 01/12/23  Page 44 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed: 12/20/12  44 of 55.  PageID #: 44

44

151.  On August 9, 2012, from approximately 9:28 a.m. to approximately 9:33 a.m.,

SHERORD MILLER exchanged a series of text messages with AMANDA LOVING.

During the exchange, MILLER stated, "I haven't got up yet butt mine is 200 ($200 per

gram) buy trust me it's da f*****g best". MILLER then stated, "I'm on ohio ave".

MILLER later stated, "Come on s**t you done got me up you getter not be setting me up

either m****r f***a." MILLER then asked, "Are u on Ohio (Ohio Avenue) yet"?

LOVING replied, "Y (yes)," and moments later repeated, "Y (yes)." MILLER responded,

"Where"? MILLER then stated, "I dont see you it's a white n tan caravan in the street."

152.  On August 9, 2012, at approximately 1:39 p.m., SHERORD MILLER sent a text message

to AMANDA LOVING, which asked, "Hey how was that for u"? At approximately 1:42

p.m., MILLER sent a text message to LOVING, which stated, "Ok was just making sure

u was satisfied lol".

153.  On August 9, 2012, at approximately 10:13 p.m., SHERORD MILLER received a

telephone call from JAMARCE MILLER. During the call, JAMARCE MILLER asked,

"When your cluck going to the store this week?" SHERORD MILLER responded, "Hey,

man, I'm on it, dude, everybody been, even Ray (RAYSHAWN REED) talking about, he

got a nice little power play he can put down. But dude, you know, he only going to, you

know, pay so much." SHERORD MILLER continued, "I've been waiting on that

m*********r." JAMARCE MILLER replied, "Yeah, d**n, that f*****g s**t is killing

me." JAMARCE MILLER continued, "I need a little boost." SHERORD MILLER

responded, "Me, too, cuz, me, too. Man, I was happy making that little four ($4,000),

five ($5,000), now I'm making this little band ($1000)." JAMARCE MILLER later

stated, "Man, this s**t got me stressing like a m*********r right now."

Case 5:23-cm-50001-TC  Document 1-2  Filed 01/12/23  Page 45 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed:  12/20/12  45 of 55.  PageID #: 45

45

154.  On August 13, 2012, from approximately 1:06 p.m. to approximately 1:08 p.m.,

SHERORD MILLER exchanged a series of text messages with LOUIS SNYDER.

During the exchange, SNYDER stated, "Would like to have four cups of coffee (four

grams of heroin) with you." MILLER replied, "When?" SNYDER stated, "30 min".

MILLER responded, "Ok hurry up I'm getting ready to leave right after you come by."

155.  On August 14, 2012, from approximately 2:16 p.m. to approximately 2:37 p.m.,

SHERORD MILLER exchanged a series of text messages with LOUIS SNYDER.

During the exchange, SNYDER asked, "R u around?" MILLER replied, "How many"?

MILLER then stated, "Hello what's up just don't pop up over here I was what's up how

many"? SNYDER responded, "Four (four grams of heroin)". SNYDER then asked,

"Will the coffee (heroin) be a little less for five (grams)?" MILLER responded, "Nope

160 a piece ($160 per gram) and give me 20 minutes I'll be there". SNYDER replied,

"Ok."

156.  On August 14, 2012, at approximately 5:26 p.m., SHERORD MILLER called JOEY

SCHMEISSER on the telephone. During the call, MILLER stated, "Hey, when you just

called, I'm over there now, you know what I'm saying? It was a couple of us, we in line,

he tried, don't even worry about it right now, 'cause he tried to dust me out, 'cause it at

the end. I'm like, s**t, I can't do nothing with that. You know what I'm saying? I don't

want that, I'll get it if you want it. I don't want that." MILLER continued, "I know

Jamie (JAMARCE MILLER) just beat me to this m**********r 'cause you ain't go

nothing but a little quake and shake. I'm not touching the dust." SCHMEISSER asked,

"It's all looking like that?" MILLER replied, "It's a lot like, yeah, it was the last of it,

you know what I'm saying? He chunk a n***a out, he like, that was it, I watched him

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 46 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   46 of 55.   PageID #: 46

46

scraping the thing."  MILLER later stated, "Ah, I'm gonna call you right back.  I'm gonna try to run over here to Jamie (JAMARCE MILLER), like, cuz, let me get two of them."

157.   On August 15, 2012, at his residence in Ashtabula, Ohio, RAYSHAWN REED did possess a quantity of heroin, drug implements, two cellular phones, a money counter, and approximately $202,497 in U.S. currency.

158.   On August 15, 2012, RAYSHAWN REED did possess approximately $85,018.18 in U.S. currency and coins inside a safe deposit box at the U.S. Bank, 4717 Park Avenue, Ashtabula, Ohio.

159.   On August 15, 2012, at their residence in Ashtabula, Ohio, SHERORD MILLER and SHAUNCI OSBORNE did possess a digital scale, three cellular phones, money wrappers and approximately $11,345 in U.S. currency.

160.   On August 15, 2012, SHERORD MILLER and SHAUNCI OSBORNE did possess approximately $20,980 in U.S. currency inside a safe deposit box at the First Merit Bank, 888 Lake Avenue, Ashtabula, Ohio.

161.   On August 15, 2012, at his residence in Ashtabula, Ohio, JAMARCE MILLER did possess a digital scale and other drug implements, a .380 caliber handgun, a cellular telephone and approximately $2,115 in U.S. currency.

162.   On August 15, 2012, at his residence in Euclid, Ohio, REGINALD BRYANT did possess a digital scale, a .40 caliber handgun, and four cellular telephones.

163.   On August 15, 2012, at his residence in Ashtabula, Ohio, ISAAC HAWKINS did possess a digital scale, a .380 caliber handgun and two boxes of .380 caliber ammunition, three cellular phones, and approximately $1,000 in U.S. currency.

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 47 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   47 of 55.   PageID #: 47

47

All in violation of Title 21, United States Code, Section 846, and punishable under Title 21,

United States Code, Section 841(b)(1)(A).

### ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

1. The allegations of Count 1 are hereby re-alleged and incorporated by reference herein.

2. It is further alleged that on or about July 7, 2012, in Ashtabula, Ohio, a deceased person whose identity is known to the Grand Jury did fatally ingest and overdose on heroin which had been distributed to the deceased person by JAMARCE MILLER.

As a result of acts committed by JAMARCE MILLER as a part of and in furtherance of

the conspiracy alleged in Count 1, death and serious bodily injury did result from the use of a

controlled substance, namely, heroin, a Schedule I controlled substance; all in violation of the

enhanced penalty provisions of Title 21, United States Code, Sections 841(b) (1) (A), (B) and

(C).

### COUNT 2

The Grand Jury further charges:

Beginning on or about June 11, 2012, and continuing up to and including August 15,

2012, the exact dates unknown, in the Northern District of Ohio, Eastern Division, SHERORD

MILLER, aka "Rod," and SHAUNCI OSBORNE, the defendants herein, did unlawfully,

knowingly, and intentionally combine, conspire, confederate, and agree together and with each

other, and with diverse others known and unknown to the Grand Jury, to knowingly and willfully

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 48 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   48 of 55.   PageID #: 48

48

conduct and attempt to conduct a series of financial transactions affecting interstate commerce

which in fact involved the proceeds from a specified unlawful activity as defined in Title 18,

Section 1956 (c)(7), United States Code, to wit: conspiracy to knowingly and intentionally

distribute and possess with the intent to distribute heroin, a Schedule I controlled substance, a

felony under Title 21, Section 846, United States Code, knowing that the transactions involved

the proceeds of some form of unlawful activity, and:

    a.   with the intent to promote the carrying on of the specified unlawful activity, in

        violation of Title 18, Section 1956(a)(1)(A)(i), United States Code; and

    b.   knowing that the transactions were designed in whole and in part to conceal the

        nature, location, source, ownership and control of the proceeds of the said

        specified unlawful activity, in violation of Title 18, Section 1956(a)(1)(B)(i),

        United States Code.

## MANNER AND MEANS OF THE CONSPIRACY

At all times relevant herein, the First Merit Bank at 888 Lake Avenue, Ashtabula, Ohio,

was a financial institution engaged in, or the activities of which affected, interstate and foreign

commerce, in any way or degree.

At all times relevant herein, SHERORD MILLER and SHAUNCI OSBORNE resided

together in Ashtabula, Ohio.

At all times relevant herein, SHERORD MILLER, with the knowledge and assistance of

SHAUNCI OSBORNE, did engage in the unlawful sale and distribution of heroin, a Schedule I

controlled substance, and did receive sums of U.S. currency as payment for the heroin

SHERORD MILLER and SHAUNCI OSBORNE distributed.

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 49 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   49 of 55.   PageID #: 49

49

It was a part of the conspiracy that on June 11, 2012, SHAUNCI OSBORNE did, with the knowledge and consent of SHERORD MILLER, open a safe deposit box in her own name at the First Merit Bank, 888 Lake Avenue, Ashtabula, Ohio.  SHAUNCI OSBORNE signed a lease agreement for box number 181 in which SHAUNCI OSBORNE was listed as the sole tenant.

It was a further part of the conspiracy that from approximately June 12, 2012, to July 10, 2012, SHAUNCI OSBORNE did, with the knowledge and consent of SHERORD MILLER, and at his direction, deposit into box number 181 sums of United States currency aggregating $25,000.00 or more.  SHAUNCI OSBORNE and SHERORD MILLER each knew that the sums of currency represented, in whole or in part, proceeds from the sale and distribution of heroin.

It was a further part of the conspiracy that SHAUNCI OSBORNE did, at the direction of SHERORD MILLER, remove approximately $15,000.00 from box number 181 on July 13, 2012.  The money was given to SHERORD MILLER and used by SHERORD MILLER as a down-payment for a house on Ohio Avenue, in Ashtabula, Ohio, in which SHERORD MILLER and SHAUNCI OSBORNE resided beginning in early August, 2012.  SHERORD MILLER did thereafter, with the knowledge and assistance of SHAUNCI OSBORNE, use the house to sell heroin to his customers and to otherwise conduct drug trafficking activity.

It was a further part of the conspiracy that from approximately July 20, 2012 to August 15, 2012, SHAUNCI OSBORNE and SHERORD MILLER did maintain $20,980.00 in U.S. currency in box number 181, knowing said money represented, in whole or in part, proceeds from the sale and distribution of heroin which SHAUNCI OSBORNE had previously deposited into the box.

All in violation of Title 18, Section 1956(h), United States Code.

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 50 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   50 of 55.   PageID #: 50

50

## COUNT 3

The Grand Jury further charges:

On or about August 15, 2012, in the Northern District of Ohio, Eastern Division, RAYSHAWN REED, aka "Ray," aka "Racey," did knowingly and intentionally possess with intent to distribute approximately 171.9 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

The Grand Jury further charges:

On or about August 15, 2012, in the Northern District of Ohio, Eastern Division, REGINALD BRYANT, aka "Reg," having been convicted on September 28, 1992, in Case No. 271193, in the Cuyahoga County Common Pleas Court, of felonious assault, and having also been convicted in the Ashtabula County Common Pleas Court on January 23, 2002, in Case No. 2001-CR-181, of trafficking in cocaine (F-3), crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit, a Glock Model 23 .40 caliber pistol, serial number BUB503US, in violation of Title 18, Section 922(g)(1), United States Code, and punishable under Title 18, Section 924(a), United States Code.

## COUNTS 5-42

The Grand Jury further charges:

On or about the dates and times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants listed below did knowingly and intentionally use a

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 51 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   51 of 55.   PageID #: 51

51

communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21,

United States Code, Sections 841(a)(1) and 846:

| COUNT | DEFENDANT | DATE | TIME |
|---|---|---|---|
| 5 | SHERORD MILLER, aka "Rod" LOUIS SNYDER | 6/22/2012 | 6:00 p.m. |
| 6 | SHERORD MILLER, aka "Rod" KEVIN FRIDRICH | 6/26/2012 | 3:16 p.m. |
| 7 | SHERORD MILLER, aka "Rod" SHAUNCI OSBORNE | 6/26/2012 | 5:15 p.m. |
| 8 | SHERORD MILLER, aka "Rod" LOUIS SNYDER | 6/27/2012 | 10:36 a.m. |
| 9 | SHERORD MILLER, aka "Rod" RAYSHAWN REED, aka "Ray," aka "Racey" | 6/29/2012 | 11:28 a.m. |
| 10 | KEVIN FRIDRICH | 6/29/2012 | 12:28 p.m. |
| 11 | ISAAC HAWKINS | 6/29/2012 | 12:52 p.m. |
| 12 | SHERORD MILLER, aka "Rod" RAYSHAWN REED, aka "Ray," aka "Racey" | 6/30/2012 | 11:46 a.m. |
| 13 | AMANDA LOVING | 6/30/2012 | 6:12 p.m. |
| 14 | ISAAC HAWKINS | 6/30/2012 | 6:46 p.m. |
| 15 | JAMES ROBINSON, aka "Marell Holley" | 6/30/2012 | 7:00 p.m. |
| 16 | SHERORD MILLER, aka "Rod" JAMARCE MILLER, aka "Jamie" | 7/2/2012 | 9:30 a.m. |
| 17 | SHERORD MILLER, aka "Rod" JAMARCE MILLER, aka "Jamie" | 7/2/2012 | 11:43 a.m. |
| 18 | SHERORD MILLER, aka "Rod" REGINALD BRYANT, aka "Reg" | 7/2/2012 | 12:01 p.m. |
| 19 | SHERORD MILLER, aka "Rod" JOEY SCHMEISSER | 7/2/2012 | 2:43 p.m. |

| COUNT | DEFENDANT | DATE | TIME |
|---|---|---|---|
| 20 | SHERORD MILLER, aka "Rod" <br> REGINALD BRYANT, aka "Reg" | 7/3/2012 | 8:49 a.m. |
| 21 | SHERORD MILLER, aka "Rod" <br> TRICIA LEWIS | 7/3/2012 | 3:21 p.m. |
| 22 | LOUIS SNYDER | 7/5/2012 | 12:18 p.m. |
| 23 | SHERORD MILLER, aka "Rod" <br> JAMARCE MILLER, aka "Jamie" | 7/8/2012 | 10:14 p.m. |
| 24 | SHERORD MILLER, aka "Rod" <br> JAMARCE MILLER, aka "Jamie" | 7/8/2012 | 10:24 p.m. |
| 25 | SHERORD MILLER, aka "Rod" <br> SHAUNCI OSBORNE | 7/10/2012 | 10:48 a.m. |
| 26 | SHERORD MILLER, aka "Rod" <br> REGINALD BRYANT, aka "Reg" | 7/11/2012 | 3:06 p.m. |
| 27 | SHERORD MILLER, aka "Rod" <br> SHAUNCI OSBORNE | 7/11/2012 | 3:16 p.m. |
| 28 | ISAAC HAWKINS | 7/11/2012 | 5:53 p.m. |
| 29 | SHERORD MILLER, aka "Rod" <br> LAKETHA HARRIS, aka "Jay" | 7/14/2012 | 5:24 p.m. |
| 30 | SHERORD MILLER, aka "Rod" <br> LAKETHA HARRIS, aka "Jay" | 7/15/2012 | 1:38 p.m. |
| 31 | SHERORD MILLER, aka "Rod" <br> LAKETHA HARRIS, aka "Jay" | 7/15/2012 | 5:04 p.m. |
| 32 | ISAAC HAWKINS | 7/17/2012 | 1:26 p.m. |
| 33 | TRICIA LEWIS | 7/18/2012 | 3:18 p.m. |
| 34 | JOEY SCHMEISSER | 7/19/2012 | 11:43 a.m. |
| 35 | AMANDA LOVING | 7/26/2012 | 8:33 a.m. |
| 36 | TRICIA LEWIS | 7/29/2012 | 7:56 p.m. |
| 37 | JAMES ROBINSON, aka "Marell Holley" | 7/31/2012 | 9:00 p.m. |

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 53 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   53 of 55.   PageID #: 53

53

| COUNT | DEFENDANT | DATE | TIME |
|---|---|---|---|
| 38 | JAMES ROBINSON, aka "Marell Holley" | 7/31/2012 | 9:51 p.m. |
| 39 | KEVIN FRIDRICH | 8/3/2012 | 10:01 a.m. |
| 40 | JAMES ROBINSON, aka "Marell Holley" | 8/4/2012 | 4:17 p.m. |
| 41 | AMANDA LOVING | 8/9/2012 | 9:33 p.m. |
| 42 | SHERORD MILLER, aka "Rod" <br> JOEY SCHMEISSER | 8/14/2012 | 5:26 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

<u>FORFEITURE</u>

The Grand Jury further charges:

The allegations of Counts 1 through 42, inclusive, are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). As a result of the foregoing offenses, RAYSHAWN REED, aka "Ray," aka "Racey," SHERORD MILLER, aka "Rod," JAMARCE MILLER, aka, "Jamie," AMANDA LOVING, ISAAC HAWKINS, LOUIS SNYDER, JAMES ROBINSON, aka "Marell Holley," TRICIA LEWIS, JOEY SCHMEISSER, KEVIN FRIDRICH, REGINALD BRYANT, aka "Reg," SHAUNCI OSBORNE, and LAKETHA HARRIS, shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of the said violations; and, any and all of their property used or intended to be used in any manner or part to commit or to facilitate the commission of the said violations; and any property, real or personal, involved in such offense, or any property traceable to such property; and any and all property (including firearms and ammunition) involved in or used in the commission of such violations. Particularly, the United

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 54 of 55
Case: 1:12-cr-00582-BYP   Doc #: 1   Filed: 12/20/12   54 of 55.   PageID #: 54

54

States will seek the forfeiture of the following properties of the defendants, including, but not limited to:

    a.    $41,230.00 in U.S. currency, seized from RAYSHAWN REED;

    b.    $727.00 in U.S. currency, seized from RAYSHAWN REED;

    c.    $160,540.00 in U.S. currency, seized from RAYSHAWN REED and Shontale Franklin;

    d.    $85,081.18 in U.S. currency, seized from RAYSHAWN REED from US Bank Safe Deposit Box #612-7;

    e.    $11,345.00 in U.S. currency, seized from SHERORD MILLER and SHAUNCI OSBORNE;

    f.    $20,980.00 U.S. currency, seized from SHAUNCI OSBORNE from First Merit Bank Safe Deposit Box #181;

    g.    $2,115.00 in U.S. currency, seized from JAMARCE MILLER;

    h.    Hi-Point CF .380 Caliber Pistol Serial Number: P742765, seized from JAMARCE MILLER;

    i.    2004 Chevrolet Suburban, VIN: 3GNFK16Z64G342139, seized from JAMARCE MILLER;

    j.    2004 Cadillac CTS, VIN: 1G6DM577040191336, seized from SHERORD MILLER and SHAUNCI OSBORNE;

    k.    2002 Cadillac Escalade, VIN: 1GYEK63N22R138156, seized from SHERORD MILLER and SHAUNCI OSBORNE;

Case 5:23-cm-50001-TC   Document 1-2   Filed 01/12/23   Page 55 of 55
Case: 1:12-cr-00582-BYP  Doc #: 1  Filed:  12/20/12  55 of 55.  PageID #: 55

55

l.      2004 BMW 745Li, VIN: WBAGN634X4DS48740, seized from RAYSHAWN

        REED; and,

m.      1976 Oldsmobile Cutlass, VIN: 3J57R6R173046, seized from Vivian Humphrey

        [REGINALD BRYANT].


                                        A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government
Act of 2002.